HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
ROYA SHAKOORI, #236383
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: Rob@bindermalter.com

Attorney for Debtor and Debtor In Possession CMR Mortgage Fund II, LLC

Signed and Filed: April 21, 2009

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### DIVISION THREE

| | |
|---|---|
| In re<br><br>CMR Mortgage Fund II, LLC,<br><br>Debtor. | Chapter 11<br><br>Case Number 09-30788TEC |

**ORDER GRANTING EX PARTE APPLICATION TO EMPLOY GENERAL REORGANIZATION COUNSEL (11 U.S.C. SECTION 327)**

The Court has considered the Ex Parte Application To Employ General Reorganization Counsel (11 U.S.C. Section 327)(the "Application"). There being no objection and good cause appearing therefor, the Application be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Binder & Malter, LLP be and hereby is ordered employed as general reorganization counsel for the Debtor pursuant to 11 U.S.C. section 327(a) effective March 31, 2009.

IT IS FURTHER ORDERED that the debtor shall not pay any compensation to Binder & Malter, LLP unless pursuant to an order of the Court after a hearing on notice

1 | to creditors.

***** END OF ORDER *****

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | <u>Attorneys for Debtor</u><br>Robert G. Harris |
| 3 | Binder & Malter, LLP<br>2775 Park Avenue |
| 4 | Santa Clara, CA 95050 |
| 5 | <u>U.S. Trustee</u> |
| 6 | Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee |
| 7 | 235 Pine St<br>Suite 700 |
| 8 | San Francisco, CA 94104 |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |