# United States Bankruptcy Court

## Northern District of California

In re    **CMR Mortgage Fund II, LLC**                 ,

                                Debtor

Case No.    **09-30788**

Chapter         **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 45,336,150.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 100,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 21,915,373.03 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 45,336,150.00 | | |
| Total Liabilities | | | | 22,015,373.03 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re    **CMR Mortgage Fund II, LLC** _____,
    Debtor

Case No. _____ **09-30788** _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **CMR Mortgage Fund II, LLC**               ,     Case No.    **09-30788**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor owns membership interests in various LLC which themselves own real estate, but Debtor owns no real estate itself** | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re     **CMR Mortgage Fund II, LLC**                                    ,     Case No.     **09-30788**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank Account #412179943** | - | **123,677.00** |
| | | **Far East National Bank #67-3000495** | - | **964.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Various Property and Liability Insurance Policies** | - | **0.00** |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **124,641.00** |
| (Total of this page) | |

  **2**     continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                             Best Case Bankruptcy

In re   **CMR Mortgage Fund II, LLC**_____,     Case No. _____**09-30788**_____

                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **See Attached B13** | **-** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attached B16** | **-** | **2,870,923.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Notes secured by deeds of trust and other notes receivable.** **See attached B18** | **-** | **42,131,375.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **45,002,298.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **CMR Mortgage Fund II, LLC**         ,    Case No.    **09-30788**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **California Finance Lender License** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Debtor has various confidential lists including investors, borrowers and other contacts.** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid expenses:**<br><br>**Loan fees 15 SSFDEV $51,801**<br>**Wheatland holdings: $1,371**<br>**Legal and tax preparation: $156,039** | - | **209,211.00** |

| | |
|---|---|
| Sub-Total > | **209,211.00** |
| (Total of this page) | |
| Total > | **45,336,150.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**CMR Mortgage Fund II - Interests in REO and Other Entities as of March 31, 2009**
Questionnaire Schedule B question 13

| Entity Name | Fund II investment | Pre-foreclosure Advances |
|---|---|---|
| 15 SSFDEV, LLC | Unknown | 193,748 |
| 1515 Leaven, LLC | Unknown | - |
| 2 Antioch, LLC | - | 48 |
| 2 Aster, LLC | Unknown | - |
| 2 UNER, LLC | Unknown | 85,137 |
| 21 Mira Mesa, LLC | Unknown | - |
| 3202 Thirty-Fifth Ave, LLC | Unknown | - |
| 3CCAM, LLC | Unknown | 100,583 |
| 4 Union, LLC | Unknown | - |
| 5 Casa Grande Land, LLC | Unknown | 261,122 |
| 721 5th Street, LLC | - | 60 |
| 7Z Ranch, LLC | - | 9,729 |
| Hamilton Creek, LLC | Unknown | 419,875 |
| Wheatland Holdings, LLC | Unknown | - |
| | | **1,070,302** |

**CMR Mortgage Fund II - Accounts Receivable as of March 31, 2009**

Questionnaire Schedule B question 16

| Payor Name | Net Receivable | Description |
|---|---:|---|
| CMR Mortgage Fund I | 1,212,574 | Overpaid advances, short-term loan |
| CMR Mortgage Fund III | 1,429,112 | Overpaid advances, short-term loan |
| First Street Commercial Mortgage Fund | 138,453 | Overpaid advances |
| California Mortgage and Realty, Inc | 87,411 | Short term loan, overpaid advances |
| 3202 35th St, LLC | - | Short term loan |
| 1007 University, LLC | 3,144 | Short term loan |
| 721 5th St, LLC | 228 | Short term loan |
| 5 Casa Grande, LLC | - | Interest receivable |
| | **2,870,923** | |

**CMR Mortgage Fund II - Notes Receivable as of March 31, 2009**
Questionnaire Schedule B question 18

| LOAN # | Borrower | Primary Collateral Address | Property Type | Lien Position | Accrual | Fund II Book Principal | Fund II % Owned |
|---|---|---|---|---|---|---|---|
| 05-024 | Patrick D. Fitzgerald | Vacant Lot in Nevada, Vya, NV | Unimproved Land | 1 | Yes | 200,000 | 20.0% |
| 05-052B | Veasy & Horner Development, LLC | Multiple addresses, South San Francisco, CA | Commercial | 1, 2, 3 | No | 2,762,101 | 28.0% |
| 05-058 | John Le Tung | 380-388 12th Street, Oakland, CA | Commercial | 1, 2, 3 | No | 318,000 | 8.5% |
| 05-061B | Dyer Mountain Associates, LLC | Multiple addresses, Lassen & Plumas counties, CA | Unimproved Land | 2 | No | 957,000 | 9.6% |
| 05-061C | Dyer Mountain Associates, LLC | Multiple addresses, Lassen & Plumas counties, CA | Unimproved Land | 3 | No | 8,000,000 | 80.0% |
| 06-013 | Paula R. Mulugeta | 353 Grand Avenue, Oakland CA, Oakland, CA | Mixed | 2 | Yes | 40,000 | 4.0% |
| 06-023 | MB Property Development II, LLC | 259 acres in Myrtle Beach, SC, Myrtle Beach, SC | Unimproved Land | 3 | Yes | 5,791,744 | 63.4% |
| 06-027 | Sheldon-Laguna Properties, LLC | 2660 Moore Road, Lincoln, CA, Lincoln, CA | Unimproved Land | 1 | No | 680,000 | 17.0% |
| 06-032 | Laurel Lakes, LLC | 161.06 acres of bare land, Venice, FL, Venice, FL | Unimproved Land | 1 | Yes | 3,024,450 | 39.3% |
| 06-044 | Gateway Granby, LLC | 2 Gateway Boulevard, East Granby, CT | Commercial | 2 | Yes | 10,000 | 0.9% |
| 06-057 | Pfau, Pfau & Pfau, LLC | University Heights, San Marcos, CA | Unimproved Land | 2, 3 | No | 1,419,300 | 14.2% |
| 06-058 | Pfau, Pfau & Pfau, LLC  - Ray Gray | University Heights, San Marcos, CA | Unimproved Land | 2, 3 | No | 11,298,998 | 79.2% |
| 07-004 | Halekua Development Corporation | Lot 3, Royal Kunia Subd II, Waipahu, Honolulu, HI | Unimproved Land | 1 | No | 3,257,096 | 7.6% |
| 07-017 | Byron Park II Limited Partnership | 1720 Tice Valley Blvd., Walnut Creek, CA | Unimproved Land | 2 | Yes | 95,000 | 5.3% |
| 07-040B | California Mortgage and Realty (PLATINUM | US Hwy 27, North of CR 54, Polk, FL | Unimproved Land | 1 | No | 3,140,541 | 100.0% |
| 07-045 | California Mortgage and Realty (FREMONT | 4160-4170 Business Center Drive, Fremont, CA | Commercial | 1 | No | 670,145 | 100.0% |
| 08-012 | St. Thomas Development Group, Inc. | 6010 Mariposa Road, , | Commercial | 2 | Yes | 467,000 | 100.0% |
| | | | | | | **42,131,375** | |

**Notes**

1. Values in this schedule are book principal balances, without valuation reserves
2. Several loans have multiple properties as collateral: there may be multiple properties with one or more of the stated lien positions

209211

In re    **CMR Mortgage Fund II, LLC**                                        Case No.    **09-30788**
                                                                    ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | **Chapter 11 Retainer** | | | | | |
| **Binder & Malter, LLP**<br>**Attn: Robert G. Harris**<br>**2775 Park Avenue**<br>**San Jose, CA 95150** | - | | | | | | | | |
| | | | | Value $          **100,000.00** | | | | **100,000.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal<br>(Total of this page) | **100,000.00** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **100,000.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

In re   **CMR Mortgage Fund II, LLC**            ,        Case No.    **09-30788**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

      1    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re **CMR Mortgage Fund II, LLC**                                         , Case No. **09-30788**
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | Notice Only | | | | | |
| **Franchise Tax Board Bankruptcy Unit P. O. Box 2952 Sacramento, CA 95812** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | |
| **Internal Revenue Service P. O. Box 21126 Philadelphia, PA 19114-0326** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

In re __CMR Mortgage Fund II, LLC__ , Case No. __09-30788__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| 15 SSFDEV, LLC c/o Richard Johnson 32 First Street San Francisco, CA 94106 | | - | | | | | | | 2,100.00 |
| Account No. | | | | | Trade Debt | | | | |
| 21 Mira Mesa, LLC c/o Richard Johnson 62 First Street San Francisco, CA 94106 | | - | | | | | | | 50,312.00 |
| Account No. | | | | | Outstanding check at time of filing | | | | |
| Abel, Jerry 729 Elm Drive Petaluma, CA 94952 | | - | | | | | | | 31.81 |
| Account No. | | | | | Outstanding check at time of filing | | | | |
| Anne P. Becket 255 King Street #1108 San Francisco, CA 94107 | | - | | | | | | | 188.29 |

| | Subtotal (Total of this page) | 52,632.10 |
|---|---|---|

__20__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:27694-090407   Best Case Bankruptcy

In re     **CMR Mortgage Fund II, LLC**                                    ,          Case No.     **09-30788**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bartell & Associates**<br>**3900 5th Ave.,Suite 140**<br>**San Diego, CA 92103** | - | | **REO entity creditor** | X | | | 15,765.46 |
| Account No.<br><br>**CB Richard Ellis**<br>**101 California St., 44th Floor**<br>**San Francisco, CA 94111** | - | | **Trade Debt** | X | | | 802.71 |
| Account No.<br><br>**Cellu Salwan**<br>**696 E. Lewelling Boulevard**<br>**Hayward, CA 94541** | - | | **Outstanding check at time of filing** | | | | 687.75 |
| Account No.<br><br>**Cellu Salwan**<br>**696 E. Lewelling Boulevard**<br>**Hayward, CA 94541** | - | | **Outstanding check at time of filing** | | | | 25.79 |
| Account No.<br><br>**Charles Gaber fbo David Gaber**<br>**1931 Marin Avenue**<br>**Berkeley, CA 94707** | - | | **Outstanding check at time of filing** | | | | 315.11 |

Sheet no. __1___ of __20__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)     | 17,596.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __CMR Mortgage Fund II, LLC_____,   Case No. ___09-30788_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | *Husband, Wife, Joint, or Community* | | | | |
| Account No. | | - | Outstanding check at time of filing | | | | |
| **Charles Gaber fbo Meredith G.**<br>**1931 Marin Avenue**<br>**Berkeley, CA 94707** | | | | | | | **315.11** |
| Account No. | | - | Outstanding check at time of filing | | | | |
| **Charles Gaber fbo Natalie Gaber**<br>**1931 Marin Avenue**<br>**Berkeley, CA 94707** | | | | | | | **315.11** |
| Account No. | | - | REO entity creditor | | | | |
| **City of Fresno - Police Dept**<br>**2326 Fresno Street**<br>**Fresno, CA 93721** | | | | X | | | **186.61** |
| Account No. | | - | Trade Debt | | | | |
| **City of Oakland**<br>**250 Frank H. Ogawa Plaza, 2nd Floor**<br>**Oakland, CA 94612** | | | | X | | | **3,631.73** |
| Account No. | | - | REO entity creditor | | | | |
| **City of Oakland**<br>**250 Frank H. Ogawa Plaza, 2nd fl**<br>**Oakland, CA 94612** | | | | X | | | **1,248.00** |

Sheet no. __2___ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **5,696.56**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **CMR Mortgage Fund II, LLC** , Case No. **09-30788**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REO entity creditor | | | | |
| City of San Diego 202 C. Street San Diego, CA 92101 | - | | | X | | | 1,869.30 |
| Account No. | | | Trade Debt | | | | |
| CMR Income Fund c/o David Choo 62 First Street San Francisco, CA 94106 | - | | | | | | 20,321,658.00 |
| Account No. | | | REO entity creditor | | | | |
| County of San Bernardino P O Box 5004 Victorvile, CA 92313 | - | | | X | | | 22.13 |
| Account No. | | | REO entity creditor | | | | |
| CT Corp 1350 Treat Blvd Megan Slocum Walnut Creek, CA 94597 | - | | | X | | | 1,667.24 |
| Account No. | | | Trade Debt | | | | |
| CT Corporation c/o Megan Slocum 1350 Treat Blvd. Walnut Creek, CA 94597 | - | | | | | | 257.00 |

Sheet no. __3__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **20,325,473.67**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CMR Mortgage Fund II, LLC**              ,     Case No.    **09-30788**

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Curtis J. Rigor<br>35679 Barnard Drive<br>Fremont, CA 94536 | - | | Outstanding check at time of filing | | | | 101.74 |
| Account No.<br><br>Daranne Schott<br>480 Greenwich Street Apt 3<br>San Francisco, CA 94133 | - | | Outstanding check at time of filing | | | | 184.99 |
| Account No.<br><br>David Choo<br>62 First Street<br>San Francisco, CA 94106 | - | | Outstanding check at time of filing | | | | 40.00 |
| Account No.<br><br>David Wong & Donald Wong<br>225 Palm Drive<br>Piedmont, CA 94610 | - | | Outstanding check at time of filing | | | | 153.15 |
| Account No.<br><br>Dhillon, Inderdeep<br>1731 Loveland Court<br>Santa Clara, CA 95050 | - | | Outstanding check at time of filing | | | | 200.62 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                (Total of this page)    **680.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re  **CMR Mortgage Fund II, LLC** _____ ,   Case No. ___**09-30788**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REO entity creditor | | | | |
| Dick Larsen Treasurer Tax Collector 172 W.Third Street, 1st Floor San Bernandino, CA 92415 | - | | | X | | | 13,429.46 |
| Account No. | | | REO entity creditor | | | | |
| Donald  White,TaxCltr,AlamedaCnty 1221 Oak Street Oakland, CA 94612 | - | | | X | | | 89,822.96 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Donald M & Suzanne C. Thompson 7551 Abbey Circle Elk Grove, CA 95757 | - | | | | | | 243.75 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Elaine Young 2190 Washington Street #503 San Francisco, CA 94109 | - | | | | | | 809.93 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Elaine Young 2190 Washington Street #503 San Francisco, CA 94109 | - | | | | | | 21.57 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **104,327.67**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re    **CMR Mortgage Fund II, LLC**                              ,    Case No. _____09-30788_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Entreken Associates, Inc. 1100 16th Street North Saint Petersburg, FL 33705 | - | | | X | | | 1,532.47 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Faye Tauber 3102 Castro Street San Francisco, CA 94131 | - | | | | | | 300.00 |
| Account No. | | | Trade Debt | | | | |
| Fidelity National Title Company 209 Kearny Street, 2nd Floor San Francisco, CA 94108 | - | | | X | | | 45,416.04 |
| Account No. | | | REO entity creditor | | | | |
| Fidelity National Title Company 209 Kearny Street, 2nd fl. San Francisco, CA 94108 | - | | | X | | | 72,122.56 |
| Account No. | | | REO entity creditor | | | | |
| First American Title Company 135 Main Street Ste. 1200 Keather Kucala San Francisco, CA 94105 | - | | | X | | | 750.00 |

Sheet no. __6___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **120,121.07**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **CMR Mortgage Fund II, LLC**                                    ,    Case No. _____**09-30788**_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REO entity creditor | | | | |
| **Franchise Tax Board** **P.O. Box 942857** **Sacramento, CA 94257** | - | | | X | | | 4,000.00 |
| Account No. | | | Outstanding check at time of filing | | | | |
| **Fraser, Ryan** **11128 Densmar Road** **Oak Hills, CA 92345** | - | | | | | | 75.45 |
| Account No. | | | Outstanding check at time of filing | | | | |
| **Gordon, John** **380 Liberty Street** **San Francisco, CA 94114** | - | | | | | | 25.50 |
| Account No. | | | Outstanding check at time of filing | | | | |
| **Haji, Faridah** **1830 Lakeshore Avenue, #203** **Oakland, CA 94606** | - | | | | | | 5.22 |
| Account No. | | | REO entity creditor | | | | |
| **Heckmann Communications** **76 Lakeview** **Ron Heckman** **Piedmont, CA 94611** | - | | | X | | | 1,050.00 |

Sheet no. __7___ of __20__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)          5,156.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __CMR Mortgage Fund II, LLC_____ ,  Case No. ___09-30788_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt Trade Debt | | | | |
| Imperial A.I. Credit Companies c/o Steven Poleri Department 7615 Los Angeles, CA 90084 | - | | | | | | 68,627.00 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Jason E. Hunley 11 Flying Cloud Course Corte Madera, CA 94925 | - | | | | | | 19.36 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Jason E. Hunley 11 Flying Cloud Course Corte Madera, CA 94925 | - | | | | | | 33.13 |
| Account No. | | | Trade Debt | | | | |
| Jeffer, Mangels, et al 1900 Avenue of the Stars, 7th Floor Los Angeles, CA 90067 | - | | | | | X | 32.12 |
| Account No. | | | REO entity creditor | | | | |
| Jeffer, Mangels, et al Two Embarcadero Center, Fifth Floor Bob Kaplan San Francisco, CA 94111 | - | | | | | X | 681.05 |

Sheet no. __8___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **69,392.66**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re __CMR Mortgage Fund II, LLC_____,    Case No. ___09-30788_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Outstanding check at time of filing | | | | |
| John Rosenberg 1941 Skycrest Drive, #7 Walnut Creek, CA 94595 | - | | | | | | | | 750.00 |
| **Account No.** | | | | | Outstanding check at time of filing | | | | |
| Karen Loughran 6620 Chelton Drive Oakland, CA 94611 | - | | | | | | | | 24.10 |
| **Account No.** | | | | | REO entity creditor | | | | |
| KOA Corporation 1055 Corporate Center Drive, Suite 300 Monterey Park, CA 95741 | - | | | | | X | | | 60,000.00 |
| **Account No.** | | | | | Trade Debt | | | | |
| L.A. Commercial Group, Inc. Law Office of Carol R. Hamilton 317 S. Brand Blvd. Glendale, CA 91204 | - | | | | | | | | 10,251.00 |
| **Account No.** | | | | | REO entity creditor | | | | |
| Lee Buffington-Tax Collector, San Mateo 555 County Center, 1st Floor Lee Buffington Redwood City, CA 94063 | - | | | | | X | | | 81,258.80 |

Sheet no. _9___ of _20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           152,283.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __CMR Mortgage Fund II, LLC_____,      Case No. ____09-30788_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Lorraine E. Groo, Trustee 11200 Hackett Court Grass Valley, CA 95949 | - | | | | | | | 211.17 |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Lorraine E. Groo, Trustee 11200 Hackett Court Grass Valley, CA 95949 | - | | | | | | | 261.90 |
| Account No. | | | | REO entity creditor | | | | |
| Lundstrom & Associates, Inc. 1764 San Diego Avenue, Suite 200 San Diego, CA 92110 | - | | | | X | | | 88,087.17 |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Lurie, Tobert 21870 Petaluma Avenue Fort Bragg, CA 95437 | - | | | | | | | 37.50 |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Malik, Ram 209 Prairie Dog Lane Fremont, CA 96539 | - | | | | | | | 630.00 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,227.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re __CMR Mortgage Fund II, LLC_____,  Case No. _____09-30788_____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Outstanding check at time of filing | | | | |
| Mark M. Garay, Trustee 2 B Greenwood Cove Drive Tiburon, CA 94920 | | - | | | | | 3,750.00 |
| Account No. | | | Trade Debt | | | | |
| Merrill Communications, LLC CM - 9638 Saint Paul, MN 55170 | | - | | | | | 418.00 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Michael Simon 738 Liqudamber Place Danville, CA 94506 | | - | | | | | 187.50 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Michelle S. Pappe 655 14th Street San Francisco, CA 94114 | | - | | | | | 139.21 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Nacino, Henry 2729 East Sugar Hill Terrace Dublin, CA 94568 | | - | | | | | 75.00 |

Sheet no. _11_ of _20_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  4,569.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

In re   **CMR Mortgage Fund II, LLC**           ,     Case No.   **09-30788**

                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Nancy E. Young <br> 1083 Union Street, Apt.#6 <br> San Francisco, CA 94133 | | - | Outstanding check at time of filing | | | | 300.00 |
| Account No. <br><br> Nancy E. Young <br> 1083 Union Street, Apt.#6 <br> San Francisco, CA 94133 | | - | Outstanding check at time of filing | | | | 150.00 |
| Account No. <br><br> Orrick, Herrington, et al <br> 405 Howard Street <br> MJ Pritchett <br> San Francisco, CA 94105-2669 | | - | REO entity creditor | X | | | 235.63 |
| Account No. <br><br> Orrick, Herrington, et al. <br> c/o M.J. Pritchett <br> 405 Howard Street <br> San Francisco, CA 94105-2669 | X | - | Legal Fees <br> (Total includes some joint and contingent liabilities with other entities. Debtor is responsible for 100% of this amount, but may have recourse to the other parties for payments in excess of Debtor's pro rata share.) | X | | | 418,184.00 |
| Account No. <br><br> Park, Kue <br> 1702 Korea, Apt # 205 | | - | Outstanding check at time of filing | | | | 6.45 |

Sheet no. **12** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal <br>              (Total of this page)     **418,876.08**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re **CMR Mortgage Fund II, LLC** _____ , Case No. **09-30788** _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Perry Smith LLP<br>c/o Michael Soza<br>One Embarcadero Center, Ste. 1330<br>San Francisco, CA 94111** | - | | | **Accountant** | | | | 125,620.00 |
| Account No.<br><br>**PG&E<br>P.O. 'Box 997300<br>Sacramento, CA 95997** | - | | | **REO entity creditor** | X | | | 4,970.56 |
| Account No.<br><br>**Pinal County Treasurer<br>P.O. Box 848<br>Florence, AZ 85232** | - | | | **REO entity creditor** | X | | | 38.17 |
| Account No.<br><br>**Receivership Specialists / Linden Accoun<br>11400 W. Olympic Blvd, Suite 200<br>Los Angeles, CA 90064** | - | | | **REO entity creditor** | X | | | 2,449.20 |
| Account No.<br><br>**Rena Thompson, Trustee<br>c/o Mr. Henry Park, 400 Saint James Circ<br>Piedmont, CA 94611-3602** | - | | | **Outstanding check at time of filing** | | | | 744.91 |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

133,822.84

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **CMR Mortgage Fund II, LLC**                               ,   Case No. ___**09-30788**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REO entity creditor | | | | |
| Reuben & Junius, LLP 1 Bush Street, Suite 600 San Francisco, CA 94104 | - | | | X | | | 6,973.10 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Robert A. Frankel 1192 Singingwood Court #1 Walnut Creek, CA 94595 | - | | | | | | 75.00 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Robert Smith, First Reg Bank First Regional Bank, Custodian, 55 Gleng Hillsborough, CA 94010 | - | | | | | | 91.70 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Robert Smith, First Reg Bank First Regional Bank, Custodian, 55 Gleng Hillsborough, CA 94010 | - | | | | | | 62.06 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Routh, Robert 1163 Nielsen Lane Livermore, CA 94550 | - | | | | | | 187.50 |

Sheet no. __14__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **7,389.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re __CMR Mortgage Fund II, LLC_____,   Case No. ___09-30788_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Outstanding check at time of filing | | | | |
| RPP I, LLC c/o Dan Witt, 2801 Redwood Parkway, #351 Vallejo, CA 94591 | | - | | | | | 16,024.95 |
| Account No. | | | Trade Debt | | | | |
| S.B.S. Trust Deed Network 3194 La Baya Drive, Suite 106 Thousand Oaks, CA 91362 | | - | | | X | | 7,471.15 |
| Account No. | | | REO entity creditor | | | | |
| S.B.S. Trust Deed Network 3194 La Baya Drive, Suite 106 Alicia Davis Westlake Village, CA 91362 | | - | | | X | | 43,706.43 |
| Account No. | | | REO entity creditor | | | | |
| San Diego County Treasurer-Tax Collector P.O. Box 129009 Dan McAllister San Diego, CA 92112 | | - | | | X | | 8,406.27 |
| Account No. | | | REO entity creditor | | | | |
| San Mateo County 555 County Center, 1st Floor Redwood City, CA 94063 | | - | | | X | | 129.36 |

Sheet no. __15__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         75,738.16

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re **CMR Mortgage Fund II, LLC**                                      ,   Case No.   **09-30788**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Outstanding check at time of filing | | | | |
| Sanabria, Licha 990 Baker Street San Francisco, CA 94115 | | - | | | | | 12.11 |
| Account No. | | | REO entity creditor | | | | |
| Sayland Property Management 1007 N Van Ness Fresno, CA 93728 | | - | | X | | | 2,202.99 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Schott, Daranne 480 Greenwich Street Apt 3 San Francisco, CA 94133 | | - | | | | | 47.50 |
| Account No. | | | Trade Debt | | | | |
| Seattle Specialty Insurance Services Premium Trust Account 2815 Colby Avenue, Suite 200 Everett, WA 98201 | | - | | X | | | 6,962.16 |
| Account No. | | | Notice Only | | | | |
| SEC 44 Montgomery Street, Suite 2600 San Francisco, CA 94104 | | - | | | | | 0.00 |

Sheet no. __16__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **9,224.76**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re   **CMR Mortgage Fund II, LLC**                                    ,     Case No.   __09-30788__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Stein & Lubin LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 | X | - | Legal Fees<br>($40,361 owed jointly with CMR Mortgage Fund III, LLC) | X | | | 45,198.00 |
| Account No.<br><br>Stein & Lubin LLP<br>600 Montgomery St., 14th Floor<br>Mark Lubin<br>San Francisco, CA 94111 | | - | REO entity creditor | X | | | 673.50 |
| Account No.<br><br>Steve Kaplan fbo A&R Leasing<br>641 Windsor Drive<br>Benicia, CA 94510 | | - | Outstanding check at time of filing | | | | 23.93 |
| Account No.<br><br>Steve Kaplan fbo A&R Leasing<br>641 Windsor Drive<br>Benicia, CA 94510 | | - | Outstanding check at time of filing | | | | 93.25 |
| Account No.<br><br>Sutter County Tax Collector<br>462 2nd St.<br>Jim Stevens<br>Yuba City, CA 95991 | | - | REO entity creditor | X | | | 449.00 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,437.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **CMR Mortgage Fund II, LLC** _____,    Case No. ___**09-30788**___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REO entity creditor | | | | |
| The Garza Company 1842 Bandoni Avenue San Lorenzo, CA 94580 | - | | | X | | | 559.13 |
| Account No. | | | REO entity creditor | | | | |
| The Law Office of Cynthia L. Eldred 2481 Congress Street San Diego, CA 92112 | - | | | X | | | 8,015.00 |
| Account No. | | | Outstanding check at time of filing | | | | |
| Thomas & Edith Lewis, Trustee 9 Lyndhurst Court Belmont, CA 94002 | - | | | | | | 375.00 |
| Account No. | | | Outstanding check at time of filing | | | | |
| TPA, LLC Daniel & Barbara Witt, Members, 2801 Red Vallejo, CA 94591 | - | | | | | | 307.56 |
| Account No. | | | REO entity creditor | | | | |
| Trowbridge, Jeffery D. 180 Grand Avenue Suite 1550 Jeffery Trowbridge Oakland, CA 94612 | - | | | X | | | 5,343.64 |

Sheet no. __**18**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,600.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re  **CMR Mortgage Fund II, LLC** _____,  Case No. ____**09-30788**____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Outstanding check at time of filing | | | | |
| **ULB Construction**<br>**122 Stanbridge Lane**<br>**Alameda, CA 94502** | - | | | | | | 117.00 |
| Account No. | | | REO entity creditor | | | | |
| **URS Corporation**<br>**P.O. Box 121028, Dept 1028**<br>**Charles Stroop**<br>**Dallas, TE 75312** | - | | | X | | | 3,782.92 |
| Account No. | | | Outstanding check at time of filing | | | | |
| **Virginia D. Simpson**<br>**230 Frisbie Street**<br>**Oakland, CA 94611** | - | | | | | | 483.64 |
| Account No. | | | REO entity creditor | | | | |
| **Ware Malcomb**<br>**P.O. Box 121028**<br>**Irvine, CA 92618** | - | | | X | | | 26,874.67 |
| Account No. | | | Outstanding check at time of filing | | | | |
| **William K. or Joan B. Hobin**<br>**73609 Amir Drive**<br>**Palm Desert, CA 92260** | - | | | | | | 37.50 |

Sheet no. __**19**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 31,295.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re **CMR Mortgage Fund II, LLC** _____, Case No. **09-30788** _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Outstanding check at time of filing | | | | |
| Winegardner, Roby 1372 Garrans Drive San Jose, CA 95130 | - | | | | | | 137.50 |
| Account No. | | | REO entity creditor | | | | |
| Winnemucca Water-Sewer Dept. 90 West Fourth Street Winnemucca, CA 89445 | - | | | X | | | 306.74 |
| Account No. | | | REO entity creditor | | | | |
| Yuba County Tax Collector/Jim Kennedy 915 8th Street, Suite 103 Jim Kennedy Maryville, CA 95901 | - | | | X | | | 230,385.28 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **20** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 230,829.52 |
| | Total (Report on Summary of Schedules) | 21,915,373.03 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __CMR Mortgage Fund II, LLC_____,    Case No. ____09-30788_____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **None** | **There are various leases and contracts to which certain LLC's in which Debtor has membership interests are parties, but none as to the Debtor itself.** |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **CMR Mortgage Fund II, LLC**      ,    Case No.   **09-30788**

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **California Mortgage and Realty, Inc.**<br>**62 First Street, Fourth Floor**<br>**San Francisco, CA 94105** | **Orrick, Herrington, et al.**<br>**c/o M.J. Pritchett**<br>**405 Howard Street**<br>**San Francisco, CA 94105-2669** |
| **CMR Fund III, LLC**<br>**c/o California Mortgage and Realty, Inc.**<br>**62 First Street, 4th Floor**<br>**San Francisco, CA 94105** | **Stein & Lubin LLP**<br>**600 Montgomery Street, 14th Floor**<br>**San Francisco, CA 94111** |
| **CMR Fund III, LLC**<br>**c/o California Mortgage and Realty, Inc.**<br>**62 First Street, 4th Floor**<br>**San Francisco, CA 94105** | **Orrick, Herrington, et al.**<br>**c/o M.J. Pritchett**<br>**405 Howard Street**<br>**San Francisco, CA 94105-2669** |
| **CMR Mortgage Fund, LLC**<br>**62 First Street, Fourth Floor**<br>**San Francisco, CA 94105** | **Orrick, Herrington, et al.**<br>**c/o M.J. Pritchett**<br>**405 Howard Street**<br>**San Francisco, CA 94105-2669** |

**0**
\_\_\_\_ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of California

In re **CMR Mortgage Fund II, LLC**

Debtor(s)

Case No. **09-30788**

Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Senior VP of Manager (CMR, Inc.) of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 22, 2009**

Signature **/s/ Graham Seel**

**Graham Seel**
**Senior VP of Manager (CMR, Inc.)**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **CMR Mortgage Fund II, LLC**           Case No.    **09-30788**
                         Debtor(s)        Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

———————————————————————

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $820,474.00 | 1/1/09-3/31/09<br>Gross interest income before deduction for servicing fees: $820,474 |
| $6,065,662.00 | 1/1/08-12/31/08<br>Gross interest income before deduction for servicing fees: $6,065,662 |
| $15,668,351.00 | 1/1/07-12/31/07<br>Gross interest income before deduction for servicing fees: $15,668,351 |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached SOFA3** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached SOFA3** | | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Joseph Zadick vs. CMR Mortgage Fund II, LLC Case No.: CGC-09-486094** | **Complaint for Liability regarding performance of investment** | **San Francisco Superior Court** | **Recently Filed/Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **There are various other suits and proceedings which LLC's, in which Debtor holds membership interests in, are parties to but none as to Debtor itself.** | | | |

None

■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None

■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None

■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None

■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case. (**Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Binder & Malter, LLP**<br>**2775 Park Avenue**<br>**San Jose, CA 95150** | **3/30/09** | **$15,000 paid on 3/30/09 for pre-petition financial analysis and representation $100,000 security Chapter 11 retainer paid on 3/30/09, remainder of Chapter 11 retainer in the amount of $150,000 to be paid upon Debtor's sale of assets or recoveries from affiliates. $1,039 paid on 3/30/09 for Chapter 11 filing fee.** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None □

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Far East National Bank** | **Deposit account 67-30000517** | **9/3/08** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **CMR Mortgage Fund II, LLC** | 20-0671528 | **c/o David Choo 62 First Street San Francisco, CA 94106** | **Debtor is an LLC with 895 members, and is managed by California Mortgage and Realty, Inc. which has no membership interest.**<br><br>**See attached Schedule B13 for a listing of CMR Mortgage Fund II's investments in other entities.** | |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **James Gala**<br>**c/o CMR, Inc.**<br>**62 First Street**<br>**San Francisco, CA 94106** | **CFO: 2006-2008** |
| **Graham Seel**<br>**c/o CMR, Inc.**<br>**62 First Street**<br>**San Francisco, CA 94106** | **Senior Vice President: 2007-2009** |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Perry Smith LLP** | **c/o Michael Soza**<br>**One Embarcadero Center, Ste. 1330**<br>**San Francisco, CA 94111** | **2007-2008** |
| **Armanino-McKenna, LLP** | **12776 Alcost Blvd., Suite 500**<br>**San Ramon, CA 94583** | **2005-2006** |

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **California Mortgage and Realty, Inc.**<br>**Manager of Debtor** | **62 First Street, 4th Floor**<br>**San Francisco, CA 94105** |

None
☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Wells Fargo Foothill**<br>**Dallas, TX** | **At lease annually.** |
| **ING**<br>**Atlanta, GA** | **At lease anuually.** |

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| **None** | **Debtor is an LLC with 895 members (list is confidential) and is managed by California Mortgage Realty, Inc. which has no membership interest.** | |

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

### 22 . Former partners, officers, directors and shareholders

None
☐   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |
| **None** | | **Various officers of the manager of the Debtor have been laid off as part of a workforce reduction, but none as to the Debtor itself.** |

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **California Mortgage Realty, Inc.**<br><br>  **Manager** | **Manager of the Debtor has been paid fees, primarily in the form of servicing and asset management fees.** | |

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **April 22, 2009**                        Signature   **/s/ Graham Seel**

                                                             **Graham Seel**
                                                             **Senior VP of Manager (CMR, Inc.)**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**CMR Mortgage Fund II - Payments to Creditors as of March 31, 2009**

| Date | Amount | Creditor/Payee | Address | 3/31 Bal |
|------|--------|----------------|---------|----------|
| 1/20/2009 | 500.00 | 1 Hegas, LLC | 62 First St, San Francisco, CA 94105 | - |
| 2/11/2009 | 1,500.00 | 15 SSF DEV, LLC | 62 First St, San Francisco, CA 94105 | 2,100 |
| 3/2/2009 | 1,500.00 | | | |
| 1/20/2009 | 63,000.00 | | | |
| 3/10/2009 | 15,000.00 | 21 Mira Mesa, LLC | 62 First St, San Francisco, CA 94105 | 50,312 |
| 3/25/2009 | 1,000.00 | | | |
| 3/23/2009 | 200.00 | 5 Casa Grande Land | 62 First St, San Francisco, CA 94105 | - |
| 3/16/2009 | 20,000.00 | Armanino McKenna LLP | 12667 Alcosta Blvd. Ste 500, San Ramon, CA 94583 | - |
| 1/13/2009 | 11,929.44 | | | |
| 1/16/2009 | 3,182.83 | California Mortgage & Realty (I/C) | 62 First St, San Francisco, CA 94105 | - |
| 3/12/2009 | 14,614.63 | | | |
| 3/17/2009 | 91.90 | | | |
| 1/7/2009 | 137,960.22 | | | |
| 2/3/2009 | 120,847.61 | CMR Income Fund, LLC | 62 First St, San Francisco, CA 94105 | 20,199,951 |
| 3/2/2009 | 108,602.76 | | | |
| 2/4/2009 | 5,500.00 | | | |
| 3/16/2009 | 5,000.00 | CMR Mortgage Fund III, LLC | 62 First St, San Francisco, CA 94105 | - |
| 3/27/2009 | 76,000.00 | | | |
| 3/31/2009 | 2,000.00 | | | |
| 3/16/2009 | 14,000.00 | CMR Mortgage Fund, LLC | 62 First St, San Francisco, CA 94105 | - |
| 3/31/2009 | 40.00 | David Choo | 62 First St, San Francisco, CA 94105 | - |
| 3/25/2009 | 2,550.00 | Department of Corporations | 1515 K Street, Suite 200, Sacramento, CA  9 | - |
| 1/5/2009 | 18,832.48 | | | |
| 1/30/2009 | 93,250.00 | Hamilton Creek, LLC | 62 First St, San Francisco, CA 94105 | - |
| 2/27/2009 | 30,624.79 | | | |
| 3/25/2009 | 5,000.00 | | | |
| 1/22/2009 | 16,753.98 | | | |
| 3/2/2009 | 8,376.99 | Imperial A.I. Credit Companies | Department 7615, Los Angeles, CA 90084 | 68,627 |
| 3/18/2009 | 8,376.99 | | | |
| 1/20/2009 | 2,000.00 | L. A. Commercial Group, Inc. | Law Office of Carol R. Hamilton, 317 S. Brand Blvd., Glendale, CA 91204 | 10,251 |
| 3/5/2009 | 402.00 | Merrill Communications LLC | CM- 9638, St. Paul, MN  55170 | 418 |
| 3/23/2009 | 4,231.00 | | | |
| 1/6/2009 | 218.75 | | | |
| 1/8/2009 | 220.00 | | | |
| 1/15/2009 | 495.00 | Michael J. Nepodal | 18437 Watters Dr, Castro Valley, CA 94546 | - |
| 1/22/2009 | 1,540.00 | | | |
| 1/29/2009 | 318.75 | | | |
| 2/9/2009 | 168.75 | | | |
| 1/23/2009 | 5,000.00 | PGP Valuation Inc. | 3000 Lava Ridge Court, Suite 220, Roseville, CA  95661 | - |
| 1/14/2009 | 23,152.18 | | | |
| 2/10/2009 | 5,000.00 | Stein & Lubin LLP | 600 Montgomery Street, 14th Floor, San Francisco, CA  94111 | 45,198 |
| 3/4/2009 | 10,000.00 | | | |
| 3/23/2009 | 10,000.00 | | | |
| 3/30/2009 | 14,837.63 | Trowbridge, Jeffery D. | 180 Grand Avenue Suite 1550, Oakland, CA 94612 | 5,343 |
| | **863,818.68** | | | |

| Date | Amount | Creditor/Payee | Address | 3/31 Bal |
|---|---|---|---|---|
| 4/10/2008 | 123,447.00 | | | |
| 4/28/2008 | 4,500.00 | | | |
| 4/28/2008 | 2,503.50 | | | |
| 4/28/2008 | 9,000.00 | | | |
| 4/28/2008 | 78,520.00 | California Mortgage & Realty (I/C) | 62 First St, San Francisco, CA 94105 | - |
| 5/2/2008 | 78,919.17 | | | |
| 7/11/2008 | 152,342.76 | | | |
| 9/30/2008 | 45,226.48 | | | |
| 12/30/2008 | 670.00 | | | |
| | **495,128.91** | | | |

# United States Bankruptcy Court
## Northern District of California

In re **CMR Mortgage Fund II, LLC**      Case No. **09-30788**

Debtor(s)      Chapter **11**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.     The undersigned is the attorney for the debtor(s) in this case.

2.     The compensation paid or agreed to be paid by the debtor(s), to the undersigned is: **See Statement of Financial Affairs**

     a)     For legal services rendered or to be rendered in contemplation of and in connection with this case .................................................................. $     **0.00**

     b)     Prior to the filing of this statement, debtor(s) have paid ........................ $     **0.00**

     c)     The unpaid balance due and payable is ................................................ $     **0.00**

3.     $ **1,039.00** of the filing fee in this case has been paid.

4.     The Services rendered or to be rendered include the following:

     a.     Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

5.     The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.     The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.     The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.     The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: **April 22, 2009**          Respectfully submitted,

**/s/ Robert G. Harris**

Attorney for Debtor: **Robert G. Harris #124678**
**Binder & Malter, LLP**
**2775 Park Avenue**
**Santa Clara, CA 95050**
**(408) 295-1700  Fax: (408) 295-1531**

Case: 09-30788   Doc# 22   Filed: 04/22/09   Entered: 04/22/09 17:06:41   Page 49 of 51

# United States Bankruptcy Court
## Northern District of California

In re    **CMR Mortgage Fund II, LLC**
_____ ,
                             Debtor

Case No.    **09-30788**

Chapter              **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **List of memers and their interests are confidential, and for reasons of privacy, Debtor will file an application requesting to file under seal.** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Senior VP of Manager (CMR, Inc.) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ **April 22, 2009** _____

Signature __ **/s/ Graham Seel** _____
                         **Graham Seel**
                         **Senior VP of Manager (CMR, Inc.)**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>  0  </u> continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    __CMR Mortgage Fund II, LLC__                 Case No.    __09-30788__

                                        Debtor(s)             Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __CMR Mortgage Fund II, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| April 22, 2009 | /s/ Robert G. Harris |
|---|---|
| Date | **Robert G. Harris #124678** |
| | Signature of Attorney or Litigant |
| | Counsel for   **CMR Mortgage Fund II, LLC** |
| | **Binder & Malter, LLP** |
| | **2775 Park Avenue** |
| | **Santa Clara, CA 95050** |
| | **(408) 295-1700 Fax:(408) 295-1531** |