B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re   **CMR Mortgage Fund II, LLC**                                    ,   Case No. __09-30788__
                            Debtor

                                                                              Chapter __11__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 45,336,150.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 20,421,658.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 11,690.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 1,593,715.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | | Total Assets | 45,336,150.00 | | |
| | | | Total Liabilities | 22,027,063.00 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **CMR Mortgage Fund II, LLC**, Debtor

Case No. **09-30788**

Chapter **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

*Only items added to Schedule "D" appear here, this is not to replace the prior filed Schedule "D". CMR Income Fund was moved from Schedule "F" to Schedule "D" and WF Foothill has been added as a secured creditor.

B6D (Official Form 6D) (12/07)

In re **CMR Mortgage Fund II, LLC**, Case No. **09-30788**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>CMR Income Fund<br>c/o David Choo<br>62 First Street<br>San Francisco, CA 94106 | | - | Secured by Pledge and Security Agreement of Debtor's rights to various notes (including Wheatland, Casa Grande and Brisbane Notes).<br><br>Value $ **Unknown** | | X | | **20,321,658.00** | **Unknown** |
| Account No.<br><br>WF Foothill<br>13727 Noel Road, Suite 1020<br>Dallas, TX 75240 | | - | Amount owed is same as Income Fund (pass through account) for $20,321,658. Interest in Security and Pledge Agreements with CMR Income Fund.<br><br>Value $ **Unknown** | | X | | **0.00** | **Unknown** |
| Account No.<br><br><br>Value $ | | | | | | | | |
| Account No.<br><br><br>Value $ | | | | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page) **20,321,658.00** **0.00**

Total (Report on Summary of Schedules) **20,321,658.00** **0.00**

Case: 09-30788   Doc# 42   Filed: 05/18/09   Entered: 05/18/09 16:47:51   Page 3 of 17
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

```
**This amendment is to add an amount owed to Franchise Tax Board and is not to replace the prior
Schedule "E" filed.
```

B6E (Official Form 6E) (12/07)

.

In re  **CMR Mortgage Fund II, LLC**                                    ,    Case No.  **09-30788**
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        **1**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

**Case: 09-30788   Doc# 42   Filed: 05/18/09   Entered: 05/18/09 16:47:51   Page 4 of 17**

In re **CMR Mortgage Fund II, LLC**, Case No. **09-30788**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P. O. Box 2952**<br>**Sacramento, CA 95812** | | - | **2008 taxes** | | | | 11,690.00 | | 11,690.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 11,690.00 | 11,690.00 | 0.00
Total (Report on Summary of Schedules) 11,690.00 | 11,690.00 | 0.00

***This amendment is not to replace the prior Schedule "F" filed, but simply clarifies the prior filed Schedule and has a few additions. The specific entity involved is added in the description to all REO entity creditors. NV Energy is added as an REO entity creditor. CMR Income Fund has been moved from Schedule "F" to Schedule "D".

B6F (Official Form 6F) (12/07)

In re **CMR Mortgage Fund II, LLC**, Debtor

Case No. **09-30788**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Bartell & Associates**<br>**3900 5th Ave.,Suite 140**<br>**San Diego, CA 92103** | | - | **21 Mira Mesa REO entity creditor** | | X | | 15,765.46 |
| Account No.<br>**City of Fresno - Police Dept**<br>**2326 Fresno Street**<br>**Fresno, CA 93721** | | - | **3 CCAM REO entity creditor** | | X | | 186.61 |
| Account No.<br>**City of Oakland**<br>**250 Frank H. Ogawa Plaza, 2nd fl**<br>**Oakland, CA 94612** | | - | **3202 35th REO entity creditor** | | X | | 1,248.00 |
| Account No.<br>**City of San Diego**<br>**202 C. Street**<br>**San Diego, CA 92101** | | - | **21 Mira Mesa REO entity creditor** | | X | | 1,869.30 |

__6__ continuation sheets attached

Subtotal (Total of this page)  19,069.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:27694-090414   Best Case Bankruptcy

In re  **CMR Mortgage Fund II, LLC**,     Case No. **09-30788**
                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**County of San Bernardino**<br>P O Box 5004<br>Victorvile, CA 92313 | - | | 1 Hegas REO entity creditor | X | | | 22.13 |
| Account No.<br>**CT Corp**<br>1350 Treat Blvd<br>Megan Slocum<br>Walnut Creek, CA 94597 | - | | 21 Mira Mesa, 15 SSFDEV, 72 Ranch, 1 Hegas, Hamilton Creek, 1515 Leaven, & Wheatland Holdings, REO entity creditor | X | | | 1,667.24 |
| Account No.<br>**Dick Larsen Treasurer Tax Collector**<br>172 W.Third Street, 1st Floor<br>San Bernandino, CA 92415 | - | | 2 Aster REO entity creditor | X | | | 13,429.46 |
| Account No.<br>**Donald White,TaxCltr,AlamedaCnty**<br>1221 Oak Street<br>Oakland, CA 94612 | - | | 3202 35th, & 4 Union REO entity creditor | X | | | 89,822.96 |
| Account No.<br>**Fidelity National Title Company**<br>209 Kearny Street, 2nd fl.<br>San Francisco, CA 94108 | - | | 2 LINCDEV, Wheatland Holdings, & 4 Union REO entity creditor | X | | | 72,122.56 |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **177,064.35**

In re **CMR Mortgage Fund II, LLC**, Case No. **09-30788**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**First American Title Company**<br>**135 Main Street Ste. 1200**<br>**Keather Kucala**<br>**San Francisco, CA 94105** | | - | **21 Mira Mesa REO entity creditor** | | X | | 750.00 |
| Account No.<br>**Franchise Tax Board**<br>**P.O. Box 942857**<br>**Sacramento, CA 94257** | | - | **2 Aster, 1 Hegas, Hamilton Creek, 1515 Leaven, & Wheatland Holdings REO entity creditor** | | X | | 4,000.00 |
| Account No.<br>**Heckmann Communications**<br>**76 Lakeview**<br>**Ron Heckman**<br>**Piedmont, CA 94611** | | - | **Hamilton Creek REO entity creditor** | | X | | 1,050.00 |
| Account No.<br>**Jeffer, Mangels, et al**<br>**Two Embarcadero Center, Fifth Floor**<br>**Bob Kaplan**<br>**San Francisco, CA 94111** | | - | **21 Mira Mesa, & 2 LINCDEV REO entity creditor** | | X | | 681.05 |
| Account No.<br>**KOA Corporation**<br>**1055 Corporate Center Drive, Suite 300**<br>**Monterey Park, CA 95741** | | - | **21 Mira Mesa REO entity creditor** | | X | | 60,000.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 66,481.05

In re **CMR Mortgage Fund II, LLC**, Case No. **09-30788**
                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lee Buffington-Tax Collector, San Mateo<br>555 County Center, 1st Floor<br>Lee Buffington<br>Redwood City, CA 94063 | | - | 15 SSFDEV & Hamilton Creek REO entity creditor | X | | | 81,258.80 |
| Account No.<br><br>Lundstrom & Associates, Inc.<br>1764 San Diego Avenue, Suite 200<br>San Diego, CA 92110 | | - | 21 Mira Mesa REO entity creditor | X | | | 88,087.17 |
| Account No.<br><br>NV Energy<br>P.O. Box 10100<br>Reno, NV 89520 | | - | 72 Ranch REO entity creditor | X | | | 235.60 |
| Account No.<br><br>Orrick, Herrington, et al<br>405 Howard Street<br>MJ Pritchett<br>San Francisco, CA 94105-2669 | | - | 1515 Leaven REO entity creditor | X | | | 4,970.56 |
| Account No.<br><br>PG&E<br>P.O. 'Box 997300<br>Sacramento, CA 95997 | | - | 3202 35th REO entity creditor | X | | | 38.17 |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **174,590.30**

In re  **CMR Mortgage Fund II, LLC**,  Case No. **09-30788**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Receivership Specialists / Linden Accoun** <br> 11400 W. Olympic Blvd, Suite 200 <br> Los Angeles, CA 90064 | | - | **3 CCAM REO entity creditor** | | X | | 2,449.20 |
| Account No. <br> **Reuben & Junius, LLP** <br> 1 Bush Street, Suite 600 <br> San Francisco, CA 94104 | | - | **Hamilton Creek & 4 Union REO entity creditor** | | X | | 6,973.10 |
| Account No. <br> **S.B.S. Trust Deed Network** <br> 3194 La Baya Drive, Suite 106 <br> Alicia Davis <br> Westlake Village, CA 91362 | | - | **15 SSFDEV & 3 CCAM REO entity creditor** | | X | | 43,706.43 |
| Account No. <br> **San Diego County Treasurer-Tax Collector** <br> P.O. Box 129009 <br> Dan McAllister <br> San Diego, CA 92112 | | - | **21 Mira Mesa REO entity creditor** | | X | | 8,406.27 |
| Account No. <br> **San Mateo County** <br> 555 County Center, 1st Floor <br> Redwood City, CA 94063 | | - | **15 SSFDEV REO entity creditor** | | X | | 129.36 |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **61,664.36**

B6F (Official Form 6F) (12/07) - Cont.

In re  **CMR Mortgage Fund II, LLC**  ,  Case No. **09-30788**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Sayland Property Management**<br>**1007 N Van Ness**<br>**Fresno, CA 93728** | | - | 3 CCAM REO entity creditor | X | | | 2,202.99 |
| Account No.<br>**Stein & Lubin LLP**<br>**600 Montgomery St., 14th Floor**<br>**Mark Lubin**<br>**San Francisco, CA 94111** | | - | 3 CCAM & Wheatland Holdings REO entity creditor | X | | | 673.50 |
| Account No.<br>**Sutter County Tax Collector**<br>**462 2nd St.**<br>**Jim Stevens**<br>**Yuba City, CA 95991** | | - | Wheatland Holdings REO entity creditor | X | | | 449.00 |
| Account No.<br>**The Garza Company**<br>**1842 Bandoni Avenue**<br>**San Lorenzo, CA 94580** | | - | 3 CCAM REO entity creditor | X | | | 559.13 |
| Account No.<br>**The Law Office of Cynthia L. Eldred**<br>**2481 Congress Street**<br>**San Diego, CA 92112** | | - | 21 Mira Mesa REO entity creditor | X | | | 8,015.00 |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **11,899.62**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **CMR Mortgage Fund II, LLC**,     Case No. **09-30788**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Trowbridge, Jeffery D.<br>180 Grand Avenue Suite 1550<br>Jeffery Trowbridge<br>Oakland, CA 94612 | | - | 3 CCAM, 2 LINCDEV, & 4 Union REO entity creditor | | X | | 5,343.64 |
| Account No.<br>URS Corporation<br>P.O. Box 121028, Dept 1028<br>Charles Stroop<br>Dallas, TE 75312 | | - | 21 Mira Mesa REO entity creditor | | X | | 3,782.92 |
| Account No.<br>Ware Malcomb<br>P.O. Box 121028<br>Irvine, CA 92618 | | - | 21 Mira Mesa REO entity creditor | | X | | 26,874.67 |
| Account No.<br>Winnemucca Water-Sewer Dept.<br>90 West Fourth Street<br>Winnemucca, CA 89445 | | - | 7Z Ranch REO entity creditor | | X | | 306.74 |
| Account No.<br>Yuba County Tax Collector/Jim Kennedy<br>915 8th Street, Suite 103<br>Jim Kennedy<br>Maryville, CA 95901 | | - | Wheatland Holdings REO entity creditor | | X | | 230,385.28 |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **266,693.25**

Total (Report on Summary of Schedules)    **777,462.30**

# United States Bankruptcy Court
## Northern District of California

In re **CMR Mortgage Fund II, LLC** / Debtor(s)

Case No. **09-30788**
Chapter **11**

## AMENDED CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of **1** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **May 18, 2009**

/s/ Robert G. Harris
Signature of Attorney
**Robert G. Harris #124678
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
(408) 295-1700   Fax: (408) 295-1531**

# United States Bankruptcy Court
## Northern District of California

In re  **CMR Mortgage Fund II, LLC**                                            Case No.  **09-30788**
Debtor(s)                                                                        Chapter  **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Senior VP of Manager (CMR, Inc.) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __**12**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 18, 2009**                              Signature  **/s/ Graham Seel**
                                                                                         **Graham Seel**
                                                                                         **Senior VP of Manager (CMR, Inc.)**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                  18 U.S.C. §§   152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **CMR Mortgage Fund II, LLC**　　　　　Case No. **09-30788**
　　　　　　　　　　　　　Debtor(s)　　　　Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Statement of Financial Affairs, Amendment to #3**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **May 18, 2009**　　　　　/s/ **Robert G. Harris**
　　　　　　　　　　　　　　　**Robert G. Harris #124678**
　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　**Binder & Malter, LLP**
　　　　　　　　　　　　　　　**2775 Park Avenue**
　　　　　　　　　　　　　　　**Santa Clara, CA 95050**
　　　　　　　　　　　　　　　**(408) 295-1700 Fax:(408) 295-1531**

Statement of Financial Affairs, Amendment to #3

**CMR Mortgage Fund II - Payments to Creditors as of March 31, 2009**

**All Creditors - Last 90 days**

| Date | Amount | Creditor/Payee | Address | 3/31 Bal |
|---|---|---|---|---|
| 1/20/2009 | 500.00 | 1 Hegas, LLC | 62 First St, San Francisco, CA 94105 | - |
| 2/11/2009 | 1,500.00 | 15 SSF DEV, LLC | 62 First St, San Francisco, CA 94105 | 2,100 |
| 3/2/2009 | 1,500.00 | | | |
| 1/20/2009 | 63,000.00 | | | |
| 3/10/2009 | 15,000.00 | 21 Mira Mesa, LLC | 62 First St, San Francisco, CA 94105 | 50,312 |
| 3/25/2009 | 1,000.00 | | | |
| 3/23/2009 | 200.00 | 5 Casa Grande Land | 62 First St, San Francisco, CA 94105 | - |
| 3/16/2009 | 20,000.00 | Armanino McKenna LLP | 12667 Alcosta Blvd. Ste 500, San Ramon, CA 94583 | - |
| 3/30/2009 | 116,039.00 | Binder & Malter, LLP | 2775 Park Avenue, Santa Clara, CA 95050 | 797 |
| 1/13/2009 | 11,929.44 | | | |
| 1/16/2009 | 3,182.83 | California Mortgage & Realty (I/C) | 62 First St, San Francisco, CA 94105 | - |
| 3/12/2009 | 14,614.63 | | | |
| 3/17/2009 | 91.90 | | | |
| 1/7/2009 | 137,960.22 | | | |
| 2/3/2009 | 120,847.61 | CMR Income Fund, LLC | 62 First St, San Francisco, CA 94105 | 20,199,951 |
| 3/2/2009 | 108,602.76 | | | |
| 2/4/2009 | 5,500.00 | | | |
| 3/16/2009 | 5,000.00 | CMR Mortgage Fund III, LLC | 62 First St, San Francisco, CA 94105 | - |
| 3/27/2009 | 76,000.00 | | | |
| 3/31/2009 | 2,000.00 | | | |
| 3/16/2009 | 14,000.00 | CMR Mortgage Fund, LLC | 62 First St, San Francisco, CA 94105 | - |
| 3/31/2009 | 40.00 | David Choo | 62 First St, San Francisco, CA 94105 | - |
| 3/25/2009 | 2,550.00 | Department of Corporations | 1515 K Street, Suite 200, Sacramento, CA 9 | - |
| 1/5/2009 | 18,832.48 | | | |
| 1/30/2009 | 93,250.00 | Hamilton Creek, LLC | 62 First St, San Francisco, CA 94105 | - |
| 2/27/2009 | 30,624.79 | | | |
| 3/25/2009 | 5,000.00 | | | |
| 1/22/2009 | 16,753.98 | | | |
| 3/2/2009 | 8,376.99 | Imperial A.I. Credit Companies | Department 7615, Los Angeles, CA 90084 | 68,627 |
| 3/18/2009 | 8,376.99 | | | |
| 1/20/2009 | 2,000.00 | L. A. Commercial Group, Inc. | Law Office of Carol R. Hamilton, 317 S. Brand Blvd., Glendale, CA 91204 | 10,251 |
| 3/5/2009 | 402.00 | Merrill Communications LLC | CM- 9638, St. Paul, MN 55170 | 418 |
| 3/23/2009 | 4,231.00 | | | |
| 1/6/2009 | 218.75 | | | |
| 1/8/2009 | 220.00 | | | |
| 1/15/2009 | 495.00 | Michael J. Nepodal | 18437 Watters Dr, Castro Valley, CA 94546 | - |
| 1/22/2009 | 1,540.00 | | | |
| 1/29/2009 | 318.75 | | | |
| 2/9/2009 | 168.75 | | | |
| 1/23/2009 | 5,000.00 | PGP Valuation Inc. | 3000 Lava Ridge Court, Suite 220, Roseville, CA 95661 | - |
| 1/14/2009 | 23,152.18 | | | |
| 2/10/2009 | 5,000.00 | Stein & Lubin LLP | 600 Montgomery Street, 14th Floor, San Francisco, CA 94111 | 45,198 |
| 3/4/2009 | 10,000.00 | | | |
| 3/23/2009 | 10,000.00 | | | |
| 3/30/2009 | 14,837.63 | Trowbridge, Jeffery D. | 180 Grand Avenue Suite 1550, Oakland, CA 94612 | 5,343 |
| | **979,857.68** | | | |

## "Insider" Creditors - Prior 270 days

| Date | Amount | Creditor/Payee | Address | 3/31 Bal |
|---|---:|---|---|---:|
| 10/14/2008 | 500.00 | | | |
| 11/12/2008 | 1,000.00 | 15 SSF DEV, LLC | 62 First St, San Francisco, CA 94105 | 2,100 |
| 12/17/2008 | 100.00 | | | |
| 8/28/2008 | 500.00 | | | |
| 10/6/2008 | 28,698.78 | | | |
| 10/10/2008 | 15,000.00 | 21 Mira Mesa, LLC | 62 First St, San Francisco, CA 94105 | 50,312 |
| 10/31/2008 | 27,000.00 | | | |
| 12/8/2008 | 4,000.00 | | | |
| 10/14/2008 | 500.00 | 3 CCAM, LLC | 62 First St, San Francisco, CA 94105 | - |
| 12/10/2008 | 500.00 | 5 Casa Grande Land | 62 First St, San Francisco, CA 94105 | - |
| 4/10/2008 | 123,447.00 | | | |
| 4/28/2008 | 4,500.00 | | | |
| 4/28/2008 | 2,503.50 | | | |
| 4/28/2008 | 9,000.00 | | | |
| 4/28/2008 | 78,520.00 | California Mortgage & Realty (I/C) | 62 First St, San Francisco, CA 94105 | - |
| 5/2/2008 | 78,919.17 | | | |
| 7/11/2008 | 152,342.76 | | | |
| 9/30/2008 | 45,226.48 | | | |
| 12/30/2008 | 670.00 | | | |
| 4/16/2008 | 168,950.13 | | | |
| 4/30/2008 | 155,014.50 | | | |
| 5/30/2008 | 162,246.25 | | | |
| 7/1/2008 | 150,816.30 | | | |
| 7/31/2008 | 156,038.19 | CMR Income Fund, LLC | 62 First St, San Francisco, CA 94105 | 20,199,951 |
| 9/2/2008 | 155,920.08 | | | |
| 10/1/2008 | 151,269.00 | | | |
| 11/3/2008 | 177,770.74 | | | |
| 12/1/2008 | 157,391.40 | | | |
| 6/18/2008 | 2,854.50 | CMR Mortgage Fund III, LLC | 62 First St, San Francisco, CA 94105 | - |
| 6/18/2008 | 7,992.60 | First Street Commercial Mortgage Fund, LLC | 62 First St, San Francisco, CA 94105 | - |
| 10/1/2008 | 38,062.50 | | | |
| 11/3/2008 | 52,070.16 | Hamilton Creek, LLC | 62 First St, San Francisco, CA 94105 | - |
| 12/1/2008 | 51,625.00 | | | |
| 12/22/2008 | 5,992.50 | | | |
| 7/17/2008 | 538.50 | Scott Power | 80 Ina Court, Alamo, CA 94507 | - |
| | **2,167,480.04** | | | |