HEINZ BINDER, #87907
ROBERT G. HARRIS, #124678
ROYA SHAKOORI, #236383
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Debtor and Debtor-in-
Possession CMR Mortgage Fund II, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In Re | Case No. 09-30788 TEC |
| CMR MORTGAGE FUND II, LLC | Chapter 11 |
| Debtor. | NO HEARING REQUIRED |

## EX PARTE APPLICATION TO EMPLOY SPECIAL EVICTION COUNSEL

TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY JUDGE:

Debtor and Debtor-in-possession CMR Mortgage Fund II, LLC (the "Debtor") hereby applies to the Court for an order employing the Law Offices of Todd B. Rothbard as its special counsel ("Special Counsel") effective from July 15, 2009.

The Debtor respectfully represents as follows in support of this Ex Parte Application:

1. On March 31, 2009, the Debtor filed a Voluntary Petition under Chapter 11 with the Clerk of the above-entitled Court.

2. No Receiver or Trustee has been appointed, and the Debtor remains a Debtor in Possession pursuant to 11 U.S.C. under Chapter 11 of title 11, United States

Code sections 1107 and 1108.

3. The Debtor is a real estate lender with loans to numerous persons and entities which are secured by real property part of which is improved by a self-storage facility. One of the Debtor's borrowers is Tres Tigres Storage LLC (the "Borrower"). Borrower filed a voluntary Chapter 11 petition in this District and division (case number 08-31831 09 DM) on September 29, 2008. On January 30, 2009, the Court issued an order converting the Borrower's bankruptcy case. A final decree was entered and the case was closed on March 27, 2009. The principal of Borrower is Koray Ergur.

4. The Borrower was record title holder of the real property located at 555 and 575 California Avenue and 655 Redwood all located in Sand City, California (the "Properties"). The Debtor held recorded third and fourth deeds of trust against the Properties.

5. On May 11, 2009, the Debtor completed the foreclosure of its fourth deed of trust and became the owner of the Properties.

6. According to the Receiver's Report for August, 2008 C.R.C. 3.1182 filed in the Superior Court for the State of California, County of San Francisco case of *California Mortgage and Realty, Inc., etc. vs. Twenty-Seven Fresno, LLC, etc.*, et al. Case No. CGC-07-467287, the cash flow from the Properties is approximately $27,514 per month.

7. The Debtor is informed and believes and thereupon alleges that Mr. Ergur recorded a lease for the Properties 45 minutes prior to the foreclosure sale of the Properties. Mr. Ergur has orally stated to the undersigned his refusal and that of the Borrower to vacate the Properties. Mr. Ergur has also refused to turn over the rental proceeds from the Properties.

8. The Debtor conducted a 2004 exam of Mr. Ergur and now wishes to evict Mr. Ergur and/or his entities from the Properties. Debtor believes Special Counsel has the requisite expertise to file a Complaint and proceed to evict Mr. Ergur and/or his

entities.

9. Debtor entered into an agreement with Special Counsel on July 14, 2009. This agreement is attached as Exhibit "A" to the Declaration of Todd B. Rothbard.

10. In selecting Special Counsel, Debtor made careful and diligent inquiry into the qualifications and connections of Special Counsel. The attorneys of Special Counsel who would perform legal services on Debtor's behalf are admitted to practice before this Court. Debtor has found them to be qualified to represent Debtor in this case and related matters by reason of their ability, integrity and professional experience.

11. Special Counsel is charging Debtor a flat fee of $5,000 plus actual costs (estimated to be approximately $600.00, including the Court filing fee, process serving charge, Court fee for issuance of the writ of possession, and Sheriff's fee for eviction) to file and prosecute an unlawful detainer action. Since Special Counsel normally takes its flat fee up front, prior to representation, Binder & Malter, LLP will guarantee payment of this flat fee, if needed, until such time an application for fees is filed in this case.

12. Services included in Special Counsel's flat fee are the following:

   a. Preparation of all pleadings and other documents.

   b. Any and all court appearances.

   c. Appearance at any and all settlement conferences or court mandated hearings.

   d. Obtaining a judgment for possession, either by default or after trial.

   e. Preparing and obtaining issuance of writ of possession.

   f. Delivery of writ to sheriff together with preparation of sheriff's instructions.

   g. Handling all settlement negotiations.

   h. Drafting of any necessary stipulations or other settlement documents.

   i. Following through and getting a money judgment for the client, if

requested, provided that the client notifies us of the tenant vacate date, and the tenant has not vacated prior to trial resulting in a dismissal without prejudice.

    j. Filing of all papers at the earliest possible opportunity, and transporting papers from court to server to sheriff as expeditiously as possible.

    k. Appearances at any depositions, and handling all other discovery tasks.

13. To the best of my knowledge, Special Counsel does not hold or represent any interest adverse to the Debtor or its estate.

14. To the best of my knowledge, none of the attorneys of Special Counsel has any connections with the Debtor, Debtor's creditors, their respective attorneys and accountants, or any other party in interest herein.

WHEREFORE, the Debtor respectfully requests entry of an Order approving the appointment of Special Counsel to represent Debtor in the performance of all legal services which have been heretofore rendered and which may be necessary to render during the pendency of these proceedings.

I, Graham Seel, Senior Vice-President of California Mortgage and Realty, Inc., Debtor's Manager, declare that the foregoing is within my personal knowledge and that, if called upon as a witness, I could and would competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 15, 2009 at San Francisco, California.

                                  /s/ Graham Seel
                                  Graham Seel

F:\Clients\California Mortgage Realty Fund II, LLP\Pleadings - CMR II\Employ Rothbard\EmployRothbardApp.wpd