# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS  FILED

*(Please check box(es) to indicate in which case(s) you are a party)*

NOV 2 3 2009

UNITED STATES BANKRUPTCY COURT

Re: ☑ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
☑ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
☒ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

Date: 11/18/09

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

From: Frank E. Maddocks Jr Trustee
*(Name as it appears on Mailing Matrix)*
Maddocks Family Survivors Trust
Maddocks Family Residual Trust

Please update the mailing matrix with the following address information:

Old Address: 17585 Bocage Point
San Diego CA 92128

New Address: 16916 Hierba Drive Apt. 163
San Diego, CA 92128-2678

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: *Frank E. Maddocks Jr.* Date: 11/18/09

Print Name: Frank E. Maddocks Jr.

cc: McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105