Robert Feinbaum
3001 Ashbrook Court
Oakland CA 94601
(510) 534-7008
In Pro Se

FILED
IA NOV 2 4 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

CMR MORTGAGE FUND II, LLC   Case # 09-30788

CMR MORTGAGE FUND III, LLC   Case # 09-30802

Chapter 11

OBJECTION TO STANDSTILL AGREEMENT AND PURCHASE AND SUBORDINATION OF INTERESTS UPON SALE OF REAL PROPERTIES

This motion seeks to re-arrange the chairs on the deck of the Titanic so as to allow the Manager, CMR Inc, to seek refuge in a lifeboat while the ship, with equity investors aboard, sinks below the waves.

The Manager, CMR Inc. knowingly used Fund investors' money to make highly risky loans and then improperly subordinated Fund investors' interest to those of favored outside investors. By so doing The Manager deprived Fund investors of its honest services and abrogated its fiduciary duty to Fund investors.

Page (2)

Rather than approve the Standstill Agreement, petitioner urges the
\
Court to refer the matter to the United States Attorney and to the

Security and Exchange Commission for investigation as to possible

violations of securities law, fraud and other criminal statutes.

Submitted by [signature] Date: 11/23/09
Robert Feinbaum