# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re: ☐ **In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC**
☑ **In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC**
☐ **In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC**

**FILED**

JAN 1 1 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date: *12/20/2009*

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

From: *Alan L. Winick and Pamela A. Handley*
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: *17800 Crother Hills Rd.*
*Meadow Vista, CA 95722*

New Address: *282 Hans Ave*
*Mountain View, CA 94040*

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: *Pamela A. Handley*  Date: *12/20/2009*

Print Name: *Pamela A. Handley*

cc: McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105

155395.1_1