Entered on Docket
May 12, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 11, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
ROYA SHAKOORI, #236383
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Email: Rob@bindermalter.com

Attorneys for Debtor and Debtor In
Possession CMR Mortgage Fund II, LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## DIVISION THREE

| | |
|---|---|
| In re: | Chapter 11 |
| CMR Mortgage Fund II, LLC, | Case Number 09-30788 TEC |
| Debtor. | Date: January 22, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 23rd Floor<br>235 Pine Street<br>San Francisco, California |

**ORDER GRANTING MOTION TO APPROVE ENTRY BY DEBTOR INTO AMENDED AND RESTATED STANDSTILL AGREEMENT AND PURCHASE AND SUBORDINATION OF INTERESTS UPON SALE OF REAL PROPERTIES**

On January 22, 2010, the Motion to Approve Entry by Debtor into Amended and Restated Standstill Agreement and Purchase And Subordination of Interests upon Sale of Real Properties (the "Motion") came on for hearing. Robert G. Harris, Esq. of Binder & Malter, LLP appeared for debtor and debtor in possession CMR Mortgage Fund II, LLC (the "Debtor"). Other appearances were noted on the record.

The Court, having considered the objections of Robert Feinbaum and the revised terms of the Amended and Restated Standstill Agreement ("Agreement") reached after negotiations between those certain "investors" (clients of Oxford Investment Partners LLC) and the Official Investors' Committee, hereby OVERRULES the Feinbaum Objection and GRANTS the

Motion.

IT IS THEREFORE ORDERED that:

1. The Debtor be and hereby is authorized to execute the Agreement, as amended, and perform the terms thereof.

2. In the event that the Court appoints a Chapter 11 trustee for the Debtor pursuant to the Office of the UNITED STATES TRUSTEE'S MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR IN THE ALTERNATIVE, FOR THE APPOINTMENT OF AN EXAMINER UNDER 11 U.S.C. § 1104(c) scheduled for January 29, 2010 herein the Agreement shall, without further order, be void and of no effect unless both the Investors and such Chapter 11 trustee reaffirm the Agreement in writing and file notice of such reaffirmation with the Court.

APPROVED AS TO FORM:

Dated: May 6, 2010        MCNUTT LAW GROUP

By: /s/   Michael A. Sweet
          Michael A. Sweet

Attorneys for the Official Investors' Committee

Dated: May 6, 2010        MURRAY & MURRAY, A Professional Corporation

By: /s/   Stephen T. O'Neill
          Stephen T. O'Neill

Attorneys for those certain "Investors" (clients of Oxford Investment Partners LLC

****END OF ORDER****

## COURT SERVICE LIST

*All parties are registered ECF participants