# United States Bankruptcy Court
## Northern District of California

| | | | |
|---|---|---|---|
| In re | CMR Mortgage Fund II, LLC | Case No. | 09-30788 |
| | Debtor(s) | Chapter | 11 |

# AMENDED SCHEDULE F COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**AMENDED SCHEDULE F**

## NOTICE OF AMENDED SCHEDULE F TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: September 16, 2010

/s/ Robert G. Harris
Robert G. Harris #124678
Attorney for Debtor(s)
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
(408) 295-1700 Fax:(408) 295-1531

B6F (Official Form 6F) (12/07)

In re    **CMR Mortgage Fund II, LLC**                                Case No.    09-30788
_____                    _____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **15 SSFDEV, LLC** <br> c/o Richard Johnson <br> 32 First Street <br> San Francisco, CA 94106 | | - | **Trade Debt** | | | | 2,100.00 |
| Account No. <br><br> **21 Mira Mesa, LLC** <br> c/o Richard Johnson <br> 62 First Street <br> San Francisco, CA 94106 | | - | **Trade Debt** | | | | 50,312.00 |
| Account No. <br><br> Abel, Jerry <br> 729 Elm Drive <br> Petaluma, CA 94952 | | - | **Outstanding check at time of filing** | | | | 31.81 |
| Account No. <br><br> **Anne P. Becket** <br> 255 King Street #1108 <br> San Francisco, CA 94107 | | - | **Outstanding check at time of filing** | | | | 188.29 |

20    continuation sheets attached

Subtotal
(Total of this page)                                                    52,632.10

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N 27694-100407   Best Case Bankruptcy

In re    CMR Mortgage Fund II, LLC                    ,    Case No.   09-30788

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. Bartell & Associates 3900 5th Ave.,Suite 140 San Diego, CA 92103 | - | | | 21 Mira Mesa REO entity creditor | | X | | 15,765.46 |
| Account No. CB Richard Ellis 101 California St., 44th Floor San Francisco, CA 94111 | - | | | Trade Debt | | X | | 802.71 |
| Account No. Cellu Salwan 696 E. Lewelling Boulevard Hayward, CA 94541 | - | | | Outstanding check at time of filing | | | | 687.75 |
| Account No. Cellu Salwan 696 E. Lewelling Boulevard Hayward, CA 94541 | - | | | Outstanding check at time of filing | | | | 25.79 |
| Account No. Charles Gaber fbo David Gaber 1931 Marin Avenue Berkeley, CA 94707 | - | | | Outstanding check at time of filing | | | | 315.11 |

Sheet no. **1** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   17,596.82

In re __CMR Mortgage Fund II, LLC__ ,  Case No. ___09-30788___

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Charles Gaber fbo Meredith G. 1931 Marin Avenue Berkeley, CA 94707 | | - | | | | | | 315.11 |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Charles Gaber fbo Natalie Gaber 1931 Marin Avenue Berkeley, CA 94707 | | - | | | | | | 315.11 |
| Account No. | | | | 3 CCAM REO entity creditor | | | | |
| City of Fresno - Police Dept 2326 Fresno Street Fresno, CA 93721 | | - | | | X | | | 186.61 |
| Account No. | | | | Trade Debt | | | | |
| City of Oakland 250 Frank H. Ogawa Plaza, 2nd Floor Oakland, CA 94612 | | - | | | X | | | 3,631.73 |
| Account No. | | | | 3202 35th REO entity creditor | | | | |
| City of Oakland 250 Frank H. Ogawa Plaza, 2nd fl Oakland, CA 94612 | | - | | | X | | | 1,248.00 |

Sheet no. __2__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **5,696.56**

B6F (Official Form 6F) (12/07) - Cont.

In re __CMR Mortgage Fund II, LLC__         Case No. __09-30788__

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>City of San Diego<br>202 C. Street<br>San Diego, CA 92101 | - | | 21 Mira Mesa REO entity creditor | | X | | 1,869.30 |
| Account No.<br><br>County of San Bernardino<br>P O Box 5004<br>Victorville, CA 92313 | - | | 1 Hegas REO entity creditor | | X | | 22.13 |
| Account No.<br><br>CT Corp<br>1350 Treat Blvd<br>Megan Slocum<br>Walnut Creek, CA 94597 | - | | 21 Mira Mesa, 15 SSFDEV, 72 Ranch, 1 Hegas, Hamilton Creek, 1515 Leaven, & Wheatland Holdings, REO entity creditor | | X | | 1,667.24 |
| Account No.<br><br>CT Corporation<br>c/o Megan Slocum<br>1350 Treat Blvd.<br>Walnut Creek, CA 94597 | - | | Trade Debt | | | | 257.00 |
| Account No.<br><br>Curtis J. Rigor<br>35679 Barnard Drive<br>Fremont, CA 94536 | - | | Outstanding check at time of filing | | | | 101.74 |

Sheet no. __3__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     3,917.41

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CMR Mortgage Fund II, LLC**                     Case No.    **09-30788**

                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Daranne Schott<br>480 Greenwich Street Apt 3<br>San Francisco, CA 94133 | | - | Outstanding check at time of filing | | | | 184.99 |
| Account No.<br><br>David Choo<br>62 First Street<br>San Francisco, CA 94106 | | - | Outstanding check at time of filing | | | | 40.00 |
| Account No.<br><br>David Choo<br>c/o Law Offices of William C. Lewis<br>510 Waverly St.<br>Palo Alto, CA 94301 | | - | Unliquidated Claims for Defense and Indemnification<br><br>**Please see attachment<br>**AMENDED** | | | | Unknown |
| Account No.<br><br>David Wong & Donald Wong<br>225 Palm Drive<br>Piedmont, CA 94610 | | - | Outstanding check at time of filing | | | | 153.15 |
| Account No.<br><br>Dhillon, Inderdeep<br>1731 Loveland Court<br>Santa Clara, CA 95050 | | - | Outstanding check at time of filing | | | | 200.62 |

Sheet no. **4** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      578.76

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     CMR Mortgage Fund II, LLC _____,     Case No. ____09-30788_____
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2 Aster REO entity creditor | | | | |
| Dick Larsen Treasurer Tax Collector 172 W.Third Street, 1st Floor San Bernandino, CA 92415 | - | | | | | | X | | 13,429.46 |
| Account No. | | | | | 3202 35th, & 4 Union REO entity creditor | | | | |
| Donald White,TaxCltr,AlamedaCnty 1221 Oak Street Oakland, CA 94612 | - | | | | | | X | | 89,822.96 |
| Account No. | | | | | Outstanding check at time of filing | | | | |
| Donald M & Suzanne C. Thompson 7551 Abbey Circle Elk Grove, CA 95757 | - | | | | | | | | 243.75 |
| Account No. | | | | | Outstanding check at time of filing | | | | |
| Elaine Young 2190 Washington Street #503 San Francisco, CA 94109 | - | | | | | | | | 809.93 |
| Account No. | | | | | Outstanding check at time of filing | | | | |
| Elaine Young 2190 Washington Street #503 San Francisco, CA 94109 | - | | | | | | | | 21.57 |

Sheet no. __5__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     104,327.67

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re      **CMR Mortgage Fund II, LLC**                                            Case No. ___09-30788___
_____,
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>Entreken Associates, Inc.<br>1100 16th Street North<br>Saint Petersburg, FL 33705 | | - | | | Trade Debt | X | | | 1,532.47 |
| Account No.<br><br>Faye Tauber<br>3102 Castro Street<br>San Francisco, CA 94131 | | - | | | Outstanding check at time of filing | | | | 300.00 |
| Account No.<br><br>Fidelity National Title Company<br>209 Kearny Street, 2nd Floor<br>San Francisco, CA 94108 | | - | | | Trade Debt | X | | | 45,416.04 |
| Account No.<br><br>Fidelity National Title Company<br>209 Kearny Street, 2nd fl.<br>San Francisco, CA 94108 | | - | | | 2 LINCDEV, Wheatland Holdings, & 4 Union REO entity creditor | X | | | 72,122.56 |
| Account No.<br><br>First American Title Company<br>135 Main Street Ste. 1200<br>Keather Kucala<br>San Francisco, CA 94105 | | - | | | 21 Mira Mesa REO entity creditor | X | | | 750.00 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **120,121.07**

Case: 09-30788    Doc# 537    Filed: 09/16/10    Entered: 09/16/10 15:37:21    Page 8 of 23

In re    **CMR Mortgage Fund II, LLC**                                    Case No.    **09-30788**

                                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | - | | 2 Aster, 1 Hegas, Hamilton Creek, 1515 Leaven, & Wheatland Holdings REO entity creditor | X | | | |
| Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257 | | | | | | | | |
| | | | | | | | | 4,000.00 |
| **Account No.** | | - | | Outstanding check at time of filing | | | | |
| Fraser, Ryan<br>11128 Densmar Road<br>Oak Hills, CA 92345 | | | | | | | | |
| | | | | | | | | 75.45 |
| **Account No.** | | - | | Outstanding check at time of filing | | | | |
| Gordon, John<br>380 Liberty Street<br>San Francisco, CA 94114 | | | | | | | | |
| | | | | | | | | 25.50 |
| **Account No.** | | - | | Outstanding check at time of filing | | | | |
| Haji, Faridah<br>1830 Lakeshore Avenue, #203<br>Oakland, CA 94606 | | | | | | | | |
| | | | | | | | | 5.22 |
| **Account No.** | | - | | Hamilton Creek REO entity creditor | X | | | |
| Heckmann Communications<br>76 Lakeview<br>Ron Heckman<br>Piedmont, CA 94611 | | | | | | | | |
| | | | | | | | | 1,050.00 |

Sheet no. **7** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,156.17**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CMR Mortgage Fund II, LLC**                                              Case No. _____09-30788_____
_____,
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt Trade Debt | | | | |
| Imperial A.I. Credit Companies c/o Steven Poleri Department 7615 Los Angeles, CA 90084 | | | - | | | | | | 68,627.00 |
| Account No. | | | | | Outstanding check at time of filing | | | | |
| Jason E. Hunley 11 Flying Cloud Course Corte Madera, CA 94925 | | | - | | | | | | 19.36 |
| Account No. | | | | | Outstanding check at time of filing | | | | |
| Jason E. Hunley 11 Flying Cloud Course Corte Madera, CA 94925 | | | - | | | | | | 33.13 |
| Account No. | | | | | Trade Debt | | | | |
| Jeffer, Mangels, et al 1900 Avenue of the Stars, 7th Floor Los Angeles, CA 90067 | | | - | | | | X | | 32.12 |
| Account No. | | | | | 21 Mira Mesa, & 2 LINCDEV REO entity creditor | | | | |
| Jeffer, Mangels, et al Two Embarcadero Center, Fifth Floor Bob Kaplan San Francisco, CA 94111 | | | - | | | | X | | 681.05 |

Sheet no. **8** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ................. 69,392.66

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                      Best Case Bankruptcy

9/16/10 2:47PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **CMR Mortgage Fund II, LLC**                          Case No.    **09-30788**

                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>John Rosenberg<br>1941 Skycrest Drive, #7<br>Walnut Creek, CA 94595 | - | | Outstanding check at time of filing | | | | 750.00 |
| Account No.<br>Karen Loughran<br>6620 Chelton Drive<br>Oakland, CA 94611 | | | Outstanding check at time of filing | | | | 24.10 |
| Account No.<br>KOA Corporation<br>1055 Corporate Center Drive, Suite 300<br>Monterey Park, CA 95741 | - | | 21 Mira Mesa REO entity creditor | X | | | 60,000.00 |
| Account No.<br>L.A. Commercial Group, Inc.<br>Law Office of Carol R. Hamilton<br>317 S. Brand Blvd.<br>Glendale, CA 91204 | - | | Trade Debt | | | | 10,251.00 |
| Account No.<br>Lee Buffington-Tax Collector, San Mateo<br>555 County Center, 1st Floor<br>Lee Buffington<br>Redwood City, CA 94063 | - | | 15 SSFDEV & Hamilton Creek REO entity creditor | X | | | 81,258.80 |

Sheet no. **9** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    152,283.90

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CMR Mortgage Fund II, LLC**                                          Case No. _____09-30788_____
_____,
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Lorraine E.  Groo, Trustee 11200 Hackett Court Grass Valley, CA 95949 | | - | | | | | | 211.17 |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Lorraine E.  Groo, Trustee 11200 Hackett Court Grass Valley, CA 95949 | | - | | | | | | 261.90 |
| Account No. | | | | 21 Mira Mesa REO entity creditor | | | | |
| Lundstrom & Associates, Inc. 1764 San Diego Avenue, Suite 200 San Diego, CA 92110 | | - | | | X | | | 88,087.17 |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Lurie, Tobert 21870 Petaluma Avenue Fort Bragg, CA 95437 | | - | | | | | | 37.50 |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Malik, Ram 209 Prairie Dog Lane Fremont, CA 96539 | | - | | | | | | 630.00 |

Sheet no.  **10**  of  **20**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          89,227.74

Case: 09-30788   Doc# 537   Filed: 09/16/10   Entered: 09/16/10 15:37:21   Page 12 of 23

B6F (Official Form 6F) (12/07) - Cont.

In re     CMR Mortgage Fund II, LLC                                    Case No.    09-30788
_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Mark M. Garay, Trustee<br>2 B Greenwood Cove Drive<br>Tiburon, CA 94920 | - | | Outstanding check at time of filing | | | | 3,750.00 |
| Account No.<br>Merrill Communications, LLC<br>CM - 9638<br>Saint Paul, MN 55170 | - | | Trade Debt | | | | 418.00 |
| Account No.<br>Michael Simon<br>738 Liqudamber Place<br>Danville, CA 94506 | - | | Outstanding check at time of filing | | | | 187.50 |
| Account No.<br>Michelle S. Pappe<br>655 14th Street<br>San Francisco, CA 94114 | - | | Outstanding check at time of filing | | | | 139.21 |
| Account No.<br>Nacino, Henry<br>2729 East Sugar Hill Terrace<br>Dublin, CA 94568 | - | | Outstanding check at time of filing | | | | 75.00 |

Sheet no. 11 of 20 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    4,569.71

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CMR Mortgage Fund II, LLC**                              Case No.    09-30788
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Nancy E. Young <br> 1083 Union Street, Apt.#6 <br> San Francisco, CA 94133 | | - | Outstanding check at time of filing | | | | 300.00 |
| Account No. <br><br> Nancy E. Young <br> 1083 Union Street, Apt.#6 <br> San Francisco, CA 94133 | | - | Outstanding check at time of filing | | | | 150.00 |
| Account No. <br><br> NV Energy <br> P.O. Box 10100 <br> Reno, NV 89520 | | - | 72 Ranch REO entity creditor | X | | | 235.60 |
| Account No. <br><br> Orrick, Herrington, et al <br> 405 Howard Street <br> M.J Pritchett <br> San Francisco, CA 94105-2669 | | - | 1515 Leaven REO entity creditor | X | | | 4,970.56 |
| Account No. <br><br> Orrick, Herrington, et al. <br> c/o M.J. Pritchett <br> 405 Howard Street <br> San Francisco, CA 94105-2669 | X | - | Legal Fees <br> (Total includes some joint and contingent liabilities with other entities. Debtor is responsible for 100% of this amount, but may have recourse to the other parties for payments in excess of Debtor's pro rata share.) | X | | | 418,184.00 |

Sheet no. **12** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          423,840.16

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CMR Mortgage Fund II, LLC**                  Case No.   09-30788

                                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Park, Kue <br> 1702 Korea, Apt # 205 | | - | Outstanding check at time of filing | | | | 6.45 |
| Account No. <br><br> Perry Smith LLP <br> c/o Michael Soza <br> One Embarcadero Center, Ste. 1330 <br> San Francisco, CA 94111 | | - | Accountant | | | | 125,620.00 |
| Account No. <br><br> PG&E <br> P.O. 'Box 997300 <br> Sacramento, CA 95997 | | - | 3202 35th REO entity creditor | X | | | 38.17 |
| Account No. <br><br> Receivership Specialists / Linden Accoun <br> 11400 W. Olympic Blvd, Suite 200 <br> Los Angeles, CA 90064 | | - | 3 CCAM REO entity creditor | X | | | 2,449.20 |
| Account No. <br><br> Rena Thompson, Trustee <br> c/o Mr. Henry Park, 400 Saint James Circ <br> Piedmont, CA 94611-3602 | | - | Outstanding check at time of filing | | | | 744.91 |

Sheet no. __13__ of __20__ sheets attached to Schedule of                       Subtotal

Creditors Holding Unsecured Nonpriority Claims            (Total of this page)        128,858.73

Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re   **CMR Mortgage Fund II, LLC**                          Case No.    09-30788

_____,
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Reuben & Junius, LLP<br>1 Bush Street, Suite 600<br>San Francisco, CA 94104 | - | | Hamilton Creek & 4 Union REO entity creditor | X | | | 6,973.10 |
| Account No.<br><br>Robert A. Frankel<br>1192 Singingwood Court #1<br>Walnut Creek, CA 94595 | - | | Outstanding check at time of filing | | | | 75.00 |
| Account No.<br><br>Robert Smith, First Reg Bank<br>First Regional Bank, Custodian, 55 Gleng<br>Hillsborough, CA 94010 | - | | Outstanding check at time of filing | | | | 91.70 |
| Account No.<br><br>Robert Smith, First Reg Bank<br>First Regional Bank, Custodian, 55 Gleng<br>Hillsborough, CA 94010 | - | | Outstanding check at time of filing | | | | 62.06 |
| Account No.<br><br>Routh, Robert<br>1163 Nielsen Lane<br>Livermore, CA 94550 | - | | Outstanding check at time of filing | | | | 187.50 |

Sheet no.  **14**  of  **20**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 7,389.36 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re     CMR Mortgage Fund II, LLC                                    Case No. ___09-30788___
_____,
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** | | | | | Outstanding check at time of filing | | | | |
| RPP I, LLC c/o Dan Witt, 2801 Redwood Parkway, #351 Vallejo, CA 94591 | | - | | | | | | | 16,024.95 |
| **Account No.** | | | | | Trade Debt | | | | |
| S.B.S. Trust Deed Network 3194 La Baya Drive, Suite 106 Thousand Oaks, CA 91362 | | - | | | | X | | | 7,471.15 |
| **Account No.** | | | | | 15 SSFDEV & 3 CCAM REO entity creditor | | | | |
| S.B.S. Trust Deed Network 3194 La Baya Drive, Suite 106 Alicia Davis Westlake Village, CA 91362 | | - | | | | X | | | 43,706.43 |
| **Account No.** | | | | | 21 Mira Mesa REO entity creditor | | | | |
| San Diego County Treasurer-Tax Collector P.O. Box 129009 Dan McAllister San Diego, CA 92112 | | - | | | | X | | | 8,406.27 |
| **Account No.** | | | | | 15 SSFDEV REO entity creditor | | | | |
| San Mateo County 555 County Center, 1st Floor Redwood City, CA 94063 | | - | | | | X | | | 129.36 |

Sheet no. __15__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,738.16

Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re __CMR Mortgage Fund II, LLC__                                    Case No. ___09-30788___
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Sanabria, Licha <br> 990 Baker Street <br> San Francisco, CA 94115 | | - | Outstanding check at time of filing | | | | 12.11 |
| Account No. <br><br> Sayland Property Management <br> 1007 N Van Ness <br> Fresno, CA 93728 | | - | 3 CCAM REO entity creditor | X | | | 2,202.99 |
| Account No. <br><br> Schott, Daranne <br> 480 Greenwich Street Apt 3 <br> San Francisco, CA 94133 | | - | Outstanding check at time of filing | | | | 47.50 |
| Account No. <br><br> Seattle Specialty Insurance Services <br> Premium Trust Account <br> 2815 Colby Avenue, Suite 200 <br> Everett, WA 98201 | | - | Trade Debt | X | | | 6,962.16 |
| Account No. <br><br> SEC <br> 44 Montgomery Street, Suite 2600 <br> San Francisco, CA 94104 | | - | Notice Only | | | | 0.00 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                9,224.76

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    CMR Mortgage Fund II, LLC                                    Case No.    09-30788
                                                    ,
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Legal Fees ($40,361 owed jointly with CMR Mortgage Fund III, LLC) | | | | |
| Stein & Lubin LLP 600 Montgomery Street, 14th Floor San Francisco, CA 94111 | X | - | | | | X | | | 45,198.00 |
| Account No. | | | | | 3 CCAM & Wheatland Holdings REO entity creditor | | | | |
| Stein & Lubin LLP 600 Montgomery St., 14th Floor Mark Lubin San Francisco, CA 94111 | | - | | | | X | | | 673.50 |
| Account No. | | | | | Outstanding check at time of filing | | | | |
| Steve Kaplan fbo A&R Leasing 641 Windsor Drive Benicia, CA 94510 | | - | | | | | | | 23.93 |
| Account No. | | | | | Outstanding check at time of filing | | | | |
| Steve Kaplan fbo A&R Leasing 641 Windsor Drive Benicia, CA 94510 | | - | | | | | | | 93.25 |
| Account No. | | | | | Wheatland Holdings REO entity creditor | | | | |
| Sutter County Tax Collector 402 2nd St. Jim Stevens Yuba City, CA 95991 | | - | | | | X | | | 449.00 |

Sheet no.  17  of  20  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        46,437.68

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re __CMR Mortgage Fund II, LLC_____,    Case No. ___09-30788_____

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3 CCAM REO entity creditor | | | | |
| The Garza Company 3342 Bandoni Avenue San Lorenzo, CA 94580 | | - | | | X | | | |
| | | | | | | | | 559.13 |
| Account No. | | | | 21 Mira Mesa REO entity creditor | | | | |
| The Law Office of Cynthia L. Eldred 2481 Congress Street San Diego, CA 92112 | | - | | | X | | | |
| | | | | | | | | 8,015.00 |
| Account No. | | | | Outstanding check at time of filing | | | | |
| Thomas & Edith Lewis, Trustee 9 Lyndhurst Court Belmont, CA 94002 | | - | | | | | | |
| | | | | | | | | 375.00 |
| Account No. | | | | Outstanding check at time of filing | | | | |
| TPA, LLC Daniel & Barbara Witt, Members, 2801 Red Vallejo, CA 94591 | | - | | | | | | |
| | | | | | | | | 307.56 |
| Account No. | | | | 3 CCAM, 2 LINCDEV, & 4 Union REO entity creditor | | | | |
| Trowbridge, Jeffery D. 180 Grand Avenue Suite 1550 Jeffery Trowbridge Oakland, CA 94612 | | - | | | X | | | |
| | | | | | | | | 5,343.64 |

Sheet no. __18__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 14,600.33 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    CMR Mortgage Fund II, LLC                                    Case No.    09-30788
_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Outstanding check at time of filing | | | | |
| ULB Construction 122 Stanbridge Lane Alameda, CA 94502 | | - | | | | | | | | 117.00 |
| Account No. | | | | | | 21 Mira Mesa REO entity creditor | | | | |
| URS Corporation P.O. Box 121028, Dept 1028 Charles Stroop Dallas, TE 75312 | | - | | | | | X | | | 3,782.92 |
| Account No. | | | | | | Outstanding check at time of filing | | | | |
| Virginia D. Simpson 230 Frisbie Street Oakland, CA 94611 | | - | | | | | | | | 483.64 |
| Account No. | | | | | | 21 Mira Mesa REO entity creditor | | | | |
| Ware Malcomb P.O. Box 121028 Irvine, CA 92618 | | - | | | | | X | | | 26,874.67 |
| Account No. | | | | | | Outstanding check at time of filing | | | | |
| William K. or Joan B. Hobin 73609 Amir Drive Palm Desert, CA 92260 | | - | | | | | | | | 37.50 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 31,295.73

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    **CMR Mortgage Fund II, LLC**             Case No.    **09-30788**

                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Winegardner, Roby<br>1372 Garrans Drive<br>San Jose, CA 95130 | | - | Outstanding check at time of filing | | | | 137.50 |
| Account No.<br><br>Winnemucca Water-Sewer Dept.<br>90 West Fourth Street<br>Winnemucca, CA 89445 | | - | 7Z Ranch REO entity creditor | X | | | 306.74 |
| Account No.<br><br>Yuba County Tax Collector/Jim Kennedy<br>915 8th Street, Suite 103<br>Jim Kennedy<br>Maryville, CA 95901 | | - | Wheatland Holdings REO entity creditor | X | | | 230,385.28 |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |
| Sheet no. 20 of 20 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 230,829.52 |
| | | | Total (Report on Summary of Schedules) | | | | 1,593,715.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

**ATTACHMENT TO AMENDED SCHEDULE F (CREDITOR DAVID CHOO INDEMNIFICATION CLAIM)**

Debtor CMR Mortgage Fund II. LLC
Case No.: 09-30788

Claims for Defense and Indemnification

Claimant has unliquidated and contingent claims for defense and indemnification arising under the Operating Agreement of CMR Mortgage Fund II, LLC (with such Operating Agreement being adopted and performed as if assumed pursuant to Section V.E of the EQUITY COMMITTEE AND DEBTORS JOINT PLAN OF REORGANIZATION Dated June 24, 2010). including but not limited to the pending disputed claims alleged in (i) *William Bergman et. al. v. California Mortgage and Realty, Inc. and David Choo, U.S Bankruptcy Court, Northern District of California, San Francisco Division, Adv. No. 10-03107;* (ii) *Joseph Zadik v. California Mortgage and Realty, Inc., et al.*, San Francisco County Superior Court, No. CGC-09-486094; (iii) *Strouzas v. Choo et al.*, San Francisco Superior Court Case No. CGC 09- 491988; (iv) *McCarthy v. Choo et al.*, San Francisco Superior Court Case No. CGC 09-492051; (v) *Stevens v. California Mortgage and Realty. Inc. et al,* San Francisco Superior Court Case No. CGC 10-497123; and (vi) *Foreman v. California Mortgage and Realty, Inc., et al.*, Case No. CGC-09-486152 (Superior Court, San Francisco Cty., CA).