**United States Bankruptcy Court**
**Northern District of California**

In re:    CMR Mortgage Fund II, LLC            Case No.   09-30788
                                     Debtor(s)           Chapter    11

# AMENDED CREDITOR LIST COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
AMENDED CREDITOR LIST INDICATING NEW CREDITOR ADDED TO AMENDED SCHEDULE F

## NOTICE OF AMENDED SCHEDULE F TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   September 16, 2010            /s/ Robert G. Harris
                                           Robert G. Harris #124678
                                           Attorney for Debtor(s)
                                           Binder & Malter, LLP
                                           2775 Park Avenue
                                           Santa Clara, CA 95050
                                           (408) 295-1700 Fax:(408) 295-1531

# **AMENDED CREDITOR LIST**

David Choo
c/o Law Offices of William C. Lewis
510 Waverly St.
Palo Alto, CA 94301