STEPHEN T. O'NEILL (115132)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: soneill@murraylaw.com

Attorneys for Oxford Investment Properties, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>    Debtors.<br><br>☐ Affects **FUND I**<br>☐ Affects **FUND II**<br>☐ Affects **FUND III**<br>☒ Affects **ALL FUNDS** | Case Nos.   08-32220 TEC<br>                09-30788 TEC<br>                09-30802 TEC<br><br>Chapter 11<br><br><br>Date:     September 22, 2010<br>Time:    9:30 a.m.<br>Place:    Courtroom 23<br>          235 Pine Street<br>          San Francisco, CA 94104<br><br>Judge:   Hon. Thomas E. Carlson |

# STIPULATION RE AMENDED AND RESTATED STANDSTILL AGREEMENT

1. In January, 2010 CMR Mortgage Fund II, LLC, a California Limited Liability Company ("Fund II"), CMR Mortgage Fund III, LLC, a California Limited Liability Company ("Fund III") and California Mortgage and Realty, Inc. a Delaware corporation ("CMR") and various parties ("Investors") entered into an Amended and Restated Standstill Agreement ("Standstill Agreement").

2. The Standstill Agreement was approved by the Bankruptcy Court on January 22, 2010.

3. Fund II, Fund III and CMR Mortgage Fund I, LLC, ("Fund I") and the Official Committee of Equity Security Holders ("Committee") (collectively "the "CMR Parties") have submitted a Plan of Reorganization ("Plan") with the Bankruptcy Court. A hearing to approve confirmation of the Plan is scheduled for September 22, 2010.

5. The Investors have raised questions on how the Standstill Agreement is to be treated under the Plan. In order to avoid any ambiguity in the Plan, the CMR Parties agree to insert into the Confirmation Order the following language:

> "For purpose of the Plan, the Amended and Restated Standstill Agreement between the Debtors and certain clients' of Oxford Investment Properties LLC which was approved by the Bankruptcy Court on January 22, 2010 shall be deemed to have been expressly assumed on or before the Effective Date."

IT IS SO AGREED:

**McNUTT LAW GROUP, LLP**

By: */s/ Dale L.Bratton*_____
   Dale L. Bratton
   Attorneys for Official Committee of
   Equity Security Holders

**WENDEL, ROSEN, BLACK & DEAN**

By: */s/ Elizabeth Berke-Dreyfuss*_____
   Elizabeth Berke-Dreyfuss
   Attorneys for CMR Mortgage Fund, LLC

/
/
/

**BINDER & MALTER**

By: /s/ Robert G. Harris
    Robert G. Harris
    Attorneys for CMR Mortgage Fund II, LLC

**MACDONALD & ASSOCIATES**

By: /s/ Reno F.R. Fernandez, III
    Reno F.R. Fernandez, III
    Attorneys for CMR Mortgage Fund III LLC