B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re CMR Mortgage Fund II, LLC _____ ,          Case No. 09-30788 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| SPI Wheatland, LP | Wells Fargo Foothill, Inc |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent: Edward J. Tredinnick
Greene Radovsky Maloney Share & Hennigh LLP
4 Embarcadero Center, Suite 4000
San Francisco, CA 94111

Court Claim # (if known): ___218___
Amount of Claim: $23,480,183.00
Date Claim Filed: 07/02/2009

Phone: (415) 981-1400
Last Four Digits of Acct #: _____

Phone: (415) 227 0900
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: August 26, 2011
    Transferee/Transferee's Agent
Edward J. Tredinnick
Attorney for SPI Wheatland, LP

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# FULL ASSIGNMENT OF CLAIM

Name of Creditor: **Wells Fargo Foothill, Inc.**

Amount of Claim: **$23,480,183.00**

Wells Fargo Capital Finance, Inc., a California corporation formerly known as Wells Fargo Foothill, Inc. ("Original Claimant") and SPI Wheatland, LP, a California limited partnership ("New Claimant") are parties to a Loan Purchase and Sale Agreement ("Agreement") dated as of July 27, 2011 pursuant to which Original Claimant sold Original Claimant's right, title, and interest in certain assets.

The sale included Original Claimant's right, title and interest in a proof of claim in the amount of $23,480,183.00 submitted by Original Claimant in case number 09-30788 pending in the United States Bankruptcy Court for the Northern District of California, and designated by the Clerk of Court as claim number 218 (the "Proof of Claim") (a true copy of such Proof of Claim is attached to this Assignment).

Original Claimant consents to the transfer of the Proof of Claim to New Claimant pursuant to Bankruptcy Rule 3001(e) and waives any further written or other notice regarding the transfer.

Wells Fargo Capital Finance, Inc., formerly known as Wells Fargo Foothill, Inc.

By: _____

Name: _____ AJAY JAGSI _____

Title: _____ VICE PRESIDENT _____

Date: August 25, 2011

Accepted by SPI Wheatland, LP

By: _____

Name: Dennis wong

Title: President of Prism Capital, General Partner

Date: August 25, 2011

45509/9999
EJT/400265

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT **NORTHERN** DISTRICT OF **CALIFORNIA** | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>CMR Mortgage Fund II, LLC | Case Number:<br>09-30788 |
|---|---|

**NOTE:** *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Wells Fargo Foothill, Inc.

Name and address where notices should be sent:

Marilynn Tham, Esq.
Craig C. Chiang, Esq.
Buchalter Nemer P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone number: 415-227-0900

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 23,480,183.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Loan Balance and Interest
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:** Real Property located in state of California. Legal Descriptions available upon request

Value of Property:$_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____ **Basis for perfection:** Recordation

Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: Voluminous Documents - will be provided if necessary

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(_____).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 7/20/09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Craig C. Chiang, Esq. for Buchalter Nemer P.C., counsel to Wells Fargo Foothill | FOR COURT USE ONLY |
|---|---|---|

Case 09-30788   Claim 218-1   Filed 07/21/09   Desc Main Document   Page 1 of 1

Case: 09-30788   Doc# 678   Filed: 08/26/11   Entered: 08/26/11 12:56:55   Page 3 of 3