Aug 22, 2011

To: U.S. BANKRUPTCY COURT
RE: CASE No. 08-32220

I AM AN INVESTOR IN CMR MORTGAGE FUND.
I WISH TO REPORT A CHANGE OF ADDRESS

OLD ADDRESS

Oliver La Plant, Trustee
Oliver La Plant Trust 4/18/2000
5002 Tujunga Avenue #403
No. Hollywood, CA 91601

NEW ADDRESS

Oliver LaPlant
Apt. 164
72750 Country Club Dr.
Rancho Mirage, CA 92270-4087

09- 30788

**FILED**
AUG 2 6 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

THANK YOU

Oliver L. Plant

New Phone 760-779-8764