Patricia Maclean
11085 E. Mary Katherine Drive
Scottsdale, AZ 85259

Cell Phone: 415/307-2995 • Home: 480/767-1101



October 15, 2011

Clerk of the Court
U.S. Bankruptcy Court
P.O. Box 7241, S.F CA 94120
235 Pine Street, 19th Floor
San Francisco, CA 94104

**REF:  United States Bankruptcy Court, Northern District of California,
San Francisco Division –
Case No: 08-32220-TEC, 09-30788-TEC, 09-30802-TEC
Change of Address of Creditor –Chapter 11 - CMR Mortgage Fund LLC,
Fund II, LLC and Fund III, LLC**

Dear Sir or Madam:

This letter is to inform you of a change of address and to ask the Court to update their files to reflect this.  **My old address was:**

**625 Parrott Drive
San Mateo, California 94402**

I have relocated to Scottsdale, Arizona.  **My new address is:**

**11085 E. Mary Katherine Drive
Scottsdale, AZ 85259**

Please update your files to reflect my new address so that I may receive 'proof of service' of all filings in a timely manner.  I wrote to Pachulski Stang Ziehl & Jones LLP, Attorneys at Law, San Francisco, CA of my new address but was advised to contact the Bankruptcy Court.

Sincerely,

*Patricia Maclean*

Patricia Maclean
Enclosures (Extracts)
Email: wnderwm@gmail.com

| | |
|---|---|
| 1 | David M. Bertenthal (CA Bar No. 167624)<br>Maxim B. Litvak (CA Bar No. 215852)<br>Miriam Khatiblou (CA Bar No. 178584)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500<br>Telephone: 415/263-7000<br>Facsimile: 415/263-7010<br><br>E-mail: dbertenthal@pszjlaw.com<br>  mlitvak@pszjlaw.com<br>  mkhatiblou@pszjlaw.com<br><br>Counsel for Richard M Kipperman,<br>Chapter 11 Trustee |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER AUTHORIZING (A) SALE OF REAL PROPERTY LOCATED IN TURLOCK, CA AND (B) PAYMENT OF REAL PROPERTY TAXES AND REAL ESTATE BROKER COMMISSIONS OUT OF PROCEEDS OF SALE<br><br>Date: October 24, 2011<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, 23rd Floor<br>San Francisco, California<br>Judge: Honorable Thomas Carlson |

TO THE UNITED STATES TRUSTEE; THE COMMITTEE OF EQUITY SECURITY HOLDERS, ALL CREDITORS, THOSE WHO HAVE REQUESTED SPECIAL NOTICE, THE BUYER AND OTHER PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that on October 24, 2011 at 9:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Thomas Carlson, United States

| | | |
|---|---|---|
| John Chase<br>1163 Laurel Street<br>Berkeley, CA 94708 | Keith F. Beckwith<br>4 Parrot Court<br>Walnut Creek, CA 94596-5813 | Lee Emerson<br>5309 Forest Acres Drive<br>Nashville, TN 37220 |
| Lesher Chee Stadlbauer<br>900 Fort Street, Suite 1503<br>Honolulu, HI 96813 | Licha Sanabria<br>990 Baker Street<br>San Francisco, CA 94115 | Linda G. Zieff, Trustee of the Linda Zieff Living<br>Linda G. Zieff<br>78917 Falsetto Dr.<br>Palm Desert, CA 92211 |
| Mark & Tracy Simon<br>21311 Fleet Lane<br>Huntington Beach, CA 92646 | Mark A. Smith, Schwab<br>6466 Hollis Street<br>Unit 337<br>Emeryville, Ca 94608 | Mark Hill<br>Kathryn Hill<br>9994 Quintero Street<br>Commerce City, CO 80022 |
| Marlene Anthony<br>600 Chestnut St. #207<br>San Francisco, CA 94133 | Maya Brouwer<br>1726 A Filbert Street<br>San Francisco, CA 94123 | Michael Farr<br>1478 Page Street, #4<br>San Francisco, CA 94117 |
| Michael Lai<br>2000 Los Angeles Avenue<br>Berkeley, CA 94707 | Miriam Lawler<br>51 Windstone<br>San Rafael, CA 94903 | Nancy E. Young<br>1083 Union Street, Apt. #6<br>San Francisco, CA 94133 |
| Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104 | Orrick Herrington, et al<br>P.O. Box 61000<br>San Francisco, CA 94105 | Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Attn: M.J. Pritchett |
| ~~Patricia Maclean~~<br>~~625 Parrott Drive~~<br>~~San Mateo, California 94402~~ | Patrick Dowling<br>10 Harbor Drive<br>Corte Madera, CA 94925 | Penelope Tamm<br>4468 Linda Way<br>Pleasanton, CA 94566 |
| Perry Smith LLP<br>400 Capitol Mall, Suite 1200<br>Sacramento, CA 95814 | Peter Haas<br>25375 Adams Road<br>Los Gatos, California 95033-8174 | Reva Sue Bailey<br>343 Maclane<br>Palo Alto, CA |
| Richard W. Havel, Esq.<br>Sidley Austin LLP<br>555 West 5th Street, Suite 4000<br>Los Angeles, CA 90013 | Robert BreHell<br>879 Serle Rd.<br>Kamloops Bl<br>V2B 6L8 | Robert Clutton<br>901 1/2 North Point Street<br>San Francisco, CA 94109 |
| Robert Feinbaum<br>3001 Ashbrook Court<br>Oakland, CA 94601 | Ronald & Patricia VandenBerghe<br>PO Box 490<br>Danville, CA | Ronald F. Hyce<br>P.O. Box 756<br>Rio Linda, CA 95673 |
| S.B.S. Trust Deed Network<br>c/o Spiwak & Iezza, LLP<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360 | Saigon Plaza<br>c/o Michael A. Ahrens and Steven B. Sacks<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | Salvatore Bossio<br>1515 Shasta Dr. 2331<br>Davis, CA 95616 |