# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re: ☐ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
☑ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
☐ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

**FILED**
MAR 15 2012
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date: 3-8-12

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

From: Oliver La Plant
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address:
Oliver LaPlant
Apt. 403
5002 Tujunga Ave.
North Hollywood, CA 91601-5014

Oliver LaPlant
Apt. 164
72750 Country Club Dr.
Rancho Mirage, CA 92270-4087

OTHER OLD ADDRESS

New Address:
**OLIVER LA PLANT**
73359 HAYSTACK RD
PALM DESERT CA 92260-6058

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: /s/ Oliver La Plant     Date: 3-8-12

Print Name: OLIVER La PLANT

cc: McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105