RECEIVED
DEC 03 2012
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FILED
DEC 03 2012
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Stephen R. Binder
42 Vista Encantada
Rancho Mirage, Ca 92270

Judge Thomas Carlson
235 Pine Street, 23rd. Floor
San Francisco, California 94111

Re: CMR Mortgage Fund II
case No: 08-32220-TEC
      09-30788-TEC
      09-30802-TEC
change of address

Dear Judge Carlson,

Kindly change my address from 81676 Avenida Sombra, Indio, Ca. 92203 to
New Address:"
42 Vista Encantada, Rancho Mirage, Ca. 92270
Telephone: 760-636-6447

Thank you,

*[signature: Stephen R. Binder]*
Stephen R. Binder