# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re: ☐ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
☑ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
☑ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

**FILED**
DEC 31 2012
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date: 12-14-12

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

From: JORDAN PAUL GILDERSLEEVE
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: 1187 VICEROY DRIVE
CHICO, CA 95973

New Address: 480 Lilac Lane
Chico, Ca
95926

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: _____ Date: 12-14-12

Print Name: JORDAN PAUL GILDERSLEEVE

cc: McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105