FILED
FEB -7 2013
UNITED STATES BANKRUPTCY
SAN FRANCISCO, CA

# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re:  ☐ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
    ☒ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC   $100,192.16
    ☐ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

Date: 2/4/13

From: Lucretia Maples Samuels     Investor # 2119
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: Lucretia Maples Samuels
P. O. Box 129
Pleasanton, CA 94566

New Address: _____

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: *Lucretia Maples Samuels*     Date: 2/4/13

Print Name: Lucretia Maples Samuels

**Mail ORIGINAL document to:**

Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

**Mail a COPY to:**

Richard M. Kipperman
CMR Trustee
Corporate Management, Inc.
P.O. Box 3939
La Mesa, CA 91944-3939

155395.1_1