# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re: ☐ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
☒ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
☐ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

**FILED**
FEB 15 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date: *Feb 11, 2013*

From: *Leland R. & Helene R. Smith, Ttee*
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: *Leland R. & Helene R. Smith*
*363 - Dolphin Isle*
*Foster City, Calif 94404*

New Address: *Leland R. Smith & Helene R. Smith, Ttee*
*363 - Dolphin Isle*
*Foster City, Calif 94404*

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: *Leland R. Smith   Helene R. Smith, Ttee*   Date: *Feb 11, 2013*

Print Name: *LELAND R. SMITH —*
*Helene R. Smith, Ttee*

**Mail ORIGINAL document to:**

Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

**Mail a COPY to:**

Richard M. Kipperman
CMR Trustee
Corporate Management, Inc.
P.O. Box 3939
La Mesa, CA 91944-3939

155395.1_1

January 31, 2013
Page 3

INVESTOR K-1 TAX FORMS

As the administrator of the estate of the CMR Funds, the Trustee is now responsible for preparing and distributing K-1 tax forms to investors. Please contact the Trustee directly with any questions about tax forms. The phone number for the Trustee's company is (619) 668-4500, and the website is: **www.corpmgt.com/about.html.**

We have received a number of questions from investors regarding whether the K-1 forms are needed for their personal tax returns, and regarding accelerating the losses related to investment for tax purposes. Unfortunately, we cannot give tax advice. If you have questions about these or any other tax issues, you should consult your accountant or other tax professional.

THE TRUSTEE AND LIQUIDATION OF ASSETS

The Committee continues to work closely with the Chapter 11 Trustee in the CMR case. The Trustee is responsible for all aspects of administering the Funds and their assets.

The Trustee's focus is on conducting an orderly liquidation of the CMR Funds' assets as quickly as practical. Given the nature of the properties invested in, including the junior positions that the CMR Funds frequently took in investments, and the state of the market, there is very little room for optimism. Based on the Trustee's estimates of value, it is possible the liquidation of the real estate assets might eventually result in a distribution to investors of at most a few cents on the dollar. This is separate from the distribution investors will receive from the class action settlement.

Very truly yours,

*Scott H. McNutt*

Scott H. McNutt

SHM/jj

Encl.: Change of Address Form

00012689-1

McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, California 94105
Tel. (415) 995-8475
Fax (415) 995-8487

Scott H. McNutt Esq.
Email: cmrcase@ml-sf.com

January 31, 2013

Re: *In re CMR Mortgage Fund LLC – Case No. 08-32220*
   *In re CMR Mortgage Fund II LLC – Case No. 09-30788*
   *In re CMR Mortgage Fund III LLC – Case No. 09-30802*

Dear Investors:

This letter is an update that primarily concerns the significant developments that have occurred with regard to a final settlement of the class action filed by members of the Committee against David Choo and CMR, Inc. ("CMRI"), the former manager of the funds. The Bankruptcy Court has approved the settlement, and as a result all members of the CMR funds should receive a small distribution of one percent (1%) of your initial investment. This distribution will be sent to you in the near future.

At the same time, the Committee continues to work with the Chapter 11 Trustee as he works toward an orderly liquidation of the assets for the CMR Funds.

SETTLEMENT OF THE INSURANCE LITIGATION

Nearly three years ago members of the Committee filed a class action complaint. The complaint sought to recover investor losses based on individual claims of the all investors (in the form of a class action), and based on claims that the CMR Funds have against Choo and CMRI (in the form of a derivative action). The primary goal of the litigation was to recover insurance proceeds that are available to indemnify Choo and CMRI for such claims.

*The Settlement*

The Bankruptcy Court has now entered a Final Order Approving the Settlement ("Settlement Order"), following the hearing described in the Notice of Class Action Settlement And Final Hearing (the "Class Notice") which was sent to you in November of 2012. After lengthy negotiations between individual plaintiffs, the Committee, the Trustee, Choo, CMR Inc. and the insurance companies, a settlement was reached, making available to the bankruptcy estate and the investors most of the remaining insurance coverage (the "Settlement"). The recovery will go in part to the Trustee to pay creditors, based on the derivative claims of the Funds, and a part will be distributed directly to the Investors.