# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re:  ☐ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
     ☒ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
     ☐ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

**FILED FEB 15 2013 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA**

Date: 2-11-2013

From: Leland R. Smith, Schwab
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: Leland R. Smith
363 Dolphin Isle
Foster City, Calif 94404

New Address: Leland R. Smith,
mail to: 363 Dolphin Isle
Foster City, Calif. 94404

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: X Leland R. Smith          Date: 2-11-2013

Print Name: Leland R. Smith, D.P.M.

Mailed 2-14-13

**Mail ORIGINAL document to:**

Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

**Mail a COPY to:**

Richard M. Kipperman
CMR Trustee
Corporate Management, Inc.
P.O. Box 3939
La Mesa, CA 91944-3939

155395.1_1

Case: 09-30788   Doc# 747   Filed: 02/15/13   Entered: 02/19/13 16:39:25   Page 1 of 4

INVESTOR K-1 TAX FORMS

As the administrator of the estate of the CMR Funds, the Trustee is now responsible for preparing and distributing K-1 tax forms to investors. Please contact the Trustee directly with any questions about tax forms. The phone number for the Trustee's company is (619) 668-4500, and the website is: **www.corpmgt.com/about.html.**

We have received a number of questions from investors regarding whether the K-1 forms are needed for their personal tax returns, and regarding accelerating the losses related to investment for tax purposes. Unfortunately, we cannot give tax advice. If you have questions about these or any other tax issues, you should consult your accountant or other tax professional.

THE TRUSTEE AND LIQUIDATION OF ASSETS

The Committee continues to work closely with the Chapter 11 Trustee in the CMR case. The Trustee is responsible for all aspects of administering the Funds and their assets.

The Trustee's focus is on conducting an orderly liquidation of the CMR Funds' assets as quickly as practical. Given the nature of the properties invested in, including the junior positions that the CMR Funds frequently took in investments, and the state of the market, there is very little room for optimism. Based on the Trustee's estimates of value, it is possible the liquidation of the real estate assets might eventually result in a distribution to investors of at most a few cents on the dollar. This is separate from the distribution investors will receive from the class action settlement.

Very truly yours,

*[signature]*

Scott H. McNutt

SHM/jj

Encl.: Change of Address Form

McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, California 94105
Tel. (415) 995-8475
Fax (415) 995-8487

Scott H. McNutt Esq.
Email: cmrcase@ml-sf.com

January 31, 2013

Re: *In re CMR Mortgage Fund LLC* – Case No. 08-32220
    *In re CMR Mortgage Fund II LLC* – Case No. 09-30788
    *In re CMR Mortgage Fund III LLC* – Case No. 09-30802

Dear Investors:

This letter is an update that primarily concerns the significant developments that have occurred with regard to a final settlement of the class action filed by members of the Committee against David Choo and CMR, Inc. ("CMRI"), the former manager of the funds. The Bankruptcy Court has approved the settlement, and as a result all members of the CMR funds should receive a small distribution of one percent (1%) of your initial investment. This distribution will be sent to you in the near future.

At the same time, the Committee continues to work with the Chapter 11 Trustee as he works toward an orderly liquidation of the assets for the CMR Funds.

SETTLEMENT OF THE INSURANCE LITIGATION

Nearly three years ago members of the Committee filed a class action complaint. The complaint sought to recover investor losses based on individual claims of the all investors (in the form of a class action), and based on claims that the CMR Funds have against Choo and CMRI (in the form of a derivative action). The primary goal of the litigation was to recover insurance proceeds that are available to indemnify Choo and CMRI for such claims.

*The Settlement*

The Bankruptcy Court has now entered a Final Order Approving the Settlement ("Settlement Order"), following the hearing described in the Notice of Class Action Settlement And Final Hearing (the "Class Notice") which was sent to you in November of 2012. After lengthy negotiations between individual plaintiffs, the Committee, the Trustee, Choo, CMR Inc. and the insurance companies, a settlement was reached, making available to the bankruptcy estate and the investors most of the remaining insurance coverage (the "Settlement"). The recovery will go in part to the Trustee to pay creditors, based on the derivative claims of the Funds, and a part will be distributed directly to the Investors.

00012689-1

January 31, 2013
Page 2

The Class Notice was sent to all Investors at their last known address. The Class Notice described the Settlement and the potential distribution in detail. A copy of the Class Notice is available on the Committee website at **http://cmr.ml-sf.com/** or you can contact Jackie Jacobus at (415) 995-8475 to request a copy. The full Settlement agreement also available on the website or by request. You may also obtain a copy of the Settlement, as well as the various orders approving the Settlement on the Committee website or by request from this firm.

*Frequently Asked Questions Regarding the Settlement*

*What happens now?*

The Chapter 11 Trustee for the CMR cases is responsible for making distributions to investors from funds recovered from the insurance companies under the Settlement. A portion of the funds recovered go to the Chapter 11 estate of the CMR funds to pay their creditors, and a portion will be distributed to Investors.

*How Much Will I Receive From The Settlement?*

While the Settlement provides for a recovery of approximately 85% of available insurance, this is still a very small amount in proportion to the total losses of Investors. If the reserved funds are released, Investors will receive distributions of approximately 1% of their initial investments in the CMR Funds. Obtaining this 1% distribution required extensive negotiations with the Trustee, and is funded in part by a voluntary reduction in the contingency fee this firm was entitled to as class counsel.

*When Will I Receive My Distribution?*

Within the next 2 months, you should receive a mailing from the Trustee with an initial distribution check. The Settlement provided for a reserve of some of the insurance funds, for a period of up to 30 months. We hope to obtain release of these funds sooner. If the reserved funds are released, the Trustee may make an additional distribution to Investors, but in total, this will not exceed 1%.

*Do I Need To Do Anything to Receive a Distribution?*

No. If you were an Investor in the CMR Funds as of April 30, 2008, you will be sent a distribution. If you have moved recently or are concerned that your address may not be up to date, you should file a Notice of Change of Address with the Bankruptcy Court. This must be sent to the Bankruptcy Court at the address listed on the form. For your convenience a copy of the change of address form has been enclosed.

*Who Should I Contact if I Have Questions About the Distribution?*

The Chapter 11 Trustee, Richard Kipperman, is responsible for Distributions to Investors under the Settlement. The phone number for the Trustee's company is (619) 668-4500, and the website is: **www.corpmgt.com/about.html**