# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

**☑ FILED**

FEB 21 2013

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**Re:**
☐ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
☒ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
☐ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

Date: *2-18-13*

From: *Margaret A Maddocks, Trustee*
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: *212 Johnson Ave*
*Los Gatos CA 95032*

New Address: *234 Silverado Springs Dr.*
*Napa, Co 94558*

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: *Margaret A Maddocks*              Date: *2-18-13*

Print Name: *Margaret A. Maddocks*

**Mail ORIGINAL document to:**

Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

**Mail a COPY to:**

Richard M. Kipperman
CMR Trustee
Corporate Management, Inc.
P.O. Box 3939
La Mesa, CA 91944-3939

155395.1_1