April 2, 2014

United States Bankruptcy Court
235 Pine Street, Courtroom 23
San Francisco, CA

FILED
APR -7 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RE: CMR Mortgage Fund Change of Address

Hello,

Please change my address for all notices for the CMR Mortgage Fund bankruptcy. (Case no: 08-32220-TEC, 09-30788-TEC, 09-30802-TEC).

Margaret A. Maddocks
Previous address: 234 Silverado Springs Drive, Napa, CA 94558
Current address: 348 Troon Ct., Napa, CA 94558

Thank you,

*Margaret A Maddocks* (signature)
Margaret Maddocks
408.802.6127
pmaddockster@gmail.com
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